ORIGINAL

FILED
MAR - 8 2007
U.S. COURT OF FEDERAL CLAIMS

**DREFUSS, BONACCI & PARKER, LLP**
26 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959
*Attorneys for Plaintiff United States Fire Insurance Company*

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

UNITED STATES FIRE INSURANCE COMPANY,

Plaintiff,

vs.

UNITED STATES,

Defendant.

No. 07-151-C

RULE 7.1 DISCLOSURE STATEMENT

Plaintiff United States Fire Insurance Company is a nongovernmental corporate party that is wholly-owned by Crum & Forster Holding, Inc. Crum & Forster Holding, Inc., is not publicly held.

**DREIFUSS, BONACCI & PARKER, LLP**
*Attorneys for Plaintiff United States Fire Insurance Company*

By: ______________________
DAVID C. DREIFUSS
26 Columbia Turnpike
North Entrance
Florham Park, New Jersey 07932
Tel: (973) 514-1414
Fax: (973) 514-5959