# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **UNITED STATES FIRE INSURANCE COMPANY,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | * | **No. 07-151C**<br>**Filed: March 26, 2007** |

## O R D E R

Defendant's notice of appearance in the above-captioned case was filed on March 19, 2007. To discuss future proceedings in this case, the court **SCHEDULES** a status conference for **Thursday, May 10, 2007, at 3:00 p.m. EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414, and defendant's counsel at (202) 616-8254. No motions for summary judgment shall be filed before the court confers with the parties at the May 10, 2007 conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**