IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-151C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60 day enlargement of time, to and including July 6, 2007, within which to file a response to the complaint. The response to the complaint is currently due May 7, 2007. This is defendant's first request for an enlargement of time. Plaintiff's counsel has represented that plaintiff does not oppose this motion.

The enlargement is requested because the defendant's counsel of record has not yet received a litigation report from the Department of Veterans Affairs as required pursuant to 28 U.S.C. § 520(b). Defendant's counsel has been informed that the Department will be unable to generate such a report in time to respond to the complaint by the current deadline as a result of difficulties in locating and compiling relevant files from several different locations, as well as the assignment of a contracting officer unfamiliar with the underlying facts of this case. The additional time is necessary to allow sufficient time

for counsel for the Department to complete the litigation report and for counsel of record to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 60 days, to and including July 6, 2007, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-5824
Fax: (202) 514-8624

April 25, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 25th day of April, 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley
A. BONDURANT ELEY