# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **UNITED STATES FIRE INSURANCE COMPANY,** | |
| **Plaintiff,** | **No. 07-151C** |
| **v.** | **Filed: April 26, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the defendant's April 25, 2007 unopposed motion for a 60 day enlargement of time, to and including July 6, 2007, within which to file a response to the complaint. The court **GRANTS** the defendant's request, and **ORDERS** the defendant to file its response on or before **Friday, July 6, 2007**. The court also **RESCHEDULES** the status conference set for May 10, 2007 to **Wednesday, July 11, 2007, at 2:30 p.m. EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414, and defendant's counsel at (202) 616-8254. No motions for summary judgment shall be filed before the court confers with the parties at the July 11, 2007 conference.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**