# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-151C**
**Filed: July 12, 2007**

## O R D E R

On July 11, 2007, the court held a status conference in the above-captioned case, with the parties appearing by telephone. As discussed with the parties at the conference, fact discovery will close on or before **Thursday, January 3, 2008**. On or before **Friday, January 4, 2008**, the parties shall file a joint status report, reflecting the close of discovery and how the parties propose to proceed in the case, with milestones and dates. The court also **SCHEDULES** a status conference for **Tuesday, January 8, 2008, 10:30 a.m.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414, and defendant's counsel at (202) 616-8254. No motions for summary judgment shall be filed before the court confers with the parties about whether or not partial or full summary judgment will advance resolution of the case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**