IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED STATES FIRE INS. CO.,<br>
Plaintiff,<br>
v.<br>
THE UNITED STATES,<br>
Defendant.

No. 07-151C

(Judge Horn)

JOINT MOTION FOR AN ENLARGEMENT OF FACT DISCOVERY DEADLINE

Pursuant to RCFC 6(b), the parties hereby respectfully request an enlargement of time of 90 days in this case, to and including April 2, 2008, to complete fact discovery in the above-captioned case. Discovery is currently scheduled to close on January 3, 2008. This is the parties' first request for an extension of the discovery deadline.

The reason that an extension of time is sought is that both parties are experiencing unforeseen difficulties with respect to document production in response to pending document requests, despite diligent efforts to comply with the existing schedule. For its part, defendant is in need of additional time to investigate further the whereabouts of a number of documents that are presumed to be responsive to plaintiff's requests. Plaintiff, on the other hand, is still in the process of reviewing for production approximately 26 boxes of documents, and is also attempting to locate additional responsive materials. The parties are cooperating with each other in discovery efforts,

and, at this time, propose to work in good faith to complete their respective document productions on or before December 12, 2007. The parties also have agreed on December 12 as the date when plaintiff's financial records will be ready for review by the DCAA auditor and when the Government will respond to plaintiff's initial set of interrogatories. An extension of time of ninety days beyond the current fact discovery deadline of January 3, 2008, will allow for completion of the DCAA audit, for review of what the parties reasonably anticipate will be a substantial universe of relevant documents, and for the completion of depositions and other fact discovery.

For the foregoing reasons, the parties respectfully request that the Court grant their joint motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Bruce Dickstein
BRUCE H. DICKSTEIN
Dreifuss, Bonacci
& Parker, LLP
26 Columbia Turnpike
North Entrance
Florham Park, N.J. 07932
Tel: (973) 514-1414
Fax: (973) 514-5959

Attorney for Plaintiff

s/A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-5824
Fax: (202) 514-8624

Attorneys for Defendant

November 16, 2007

CERTIFICATE OF FILING

I hereby certify that on this 16th day of November 2007, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF FACT DISCOVERY DEADLINE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley