# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 07-151C**
**Filed: November 20, 2007**

## O R D E R

The court is in receipt of the parties' joint motion for an enlargement of time of 90 days, to and including April 2, 2008, within which to complete fact discovery. The parties' joint motion is **GRANTED**. Fact discovery shall close on or before **Wednesday, April 2, 2008**. Instead of the joint status report previously scheduled to be filed by January 4, 2008, the parties shall file a joint status report on or before **Thursday, April 3, 2008**, reflecting the close of discovery and how the parties propose to proceed in the case, with milestones and dates. The status conference previously scheduled for January 8, 2008, is **RESCHEDULED** for **Wednesday, April 9, 2008, 10:30 a.m.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414, and defendant's counsel at (202) 616-8254. No motions for summary judgment shall be filed before the court confers with the parties about whether or not partial or full summary judgment will advance resolution of the case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**