# EXHIBIT F

**Eley, Bondurant (CIV)**

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Tuesday, July 31, 2007 10:55 AM
**To:** Brehm, Ernst, Mr, DCAA
**Cc:** Eley, Bondurant (CIV)
**Subject:** US Fire v. US (Castle Abatement)

Your email was successfully received and I look forward to working with you. As we discussed, I understand that you need to work with the VA in connection with the terms of your engagement and, assuming that you are involved with the audit, you will be sending us a description of the documents you would like to review. We anticipate having plaintiff's documentation available for review immediately after Labor Day. Thank you for your assistance and cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

---

**From:** Brehm, Ernst, Mr, DCAA [mailto:Ernst.Brehm@dcaa.mil]
**Sent:** Tuesday, July 31, 2007 10:29 AM
**To:** Bruce Dickstein
**Subject:** US Fire Co REA

As we discussed, I will contact you after I speak with the VA.

*Ernst H. Brehm, CPA*
*Northern New Jersey Branch Office*
*Technical Specialist Defective Pricings,*
*Equitable Adjustments, and Terminations*

*Work Telephone No. 201-405-2909*
*Email: ernst.brehm@dcaa.mil*

**Eley, Bondurant (CIV)**

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Thursday, October 18, 2007 6:00 PM
**To:** Mihalko, Lori, Ms, DCAA
**Cc:** Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Subject:** RE: Dates for Entrance Conference

I owe you and Bondurant a call. I have been extremely tied up in connection with another matter. I will follow-up with regard to the audit first thing on Monday morning first with Bondurant and then with Ernie Brehm as to the date. Thank you for your courtesies.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

---

**From:** Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
**Sent:** Thursday, October 18, 2007 5:55 PM
**To:** Bruce Dickstein
**Cc:** Brehm, Ernst, Mr, DCAA
**Subject:** Dates for Entrance Conference

Bruce,

Since I have not heard back from yesterday's message, and I will be out of the office until November 6, I am sending you this e-mail to facilitate the scheduling of an entrance conference for us to go through the requested data and start the audit review. We would like to meet with you either Wednesday, November 14, Thursday, November 15, or Friday, November 16. If by chance none of those dates are good, we could also meet either Monday, November 19, or Tuesday, November 20. However, we would prefer to meet with you earlier rather than later. If you have any questions during my absence, please contact Ernie Brehm at (201) 405-2909 or ernst.brehm@dcaa.mil. I look forward to meeting with you and getting the audit underway.

Thank you.

***Lori Mihalko, CPA, MBA***
Senior Auditor
(973) 724-4840 or -4932
FAX (973) 724-2187

**U.S. Department of Justice**

Civil Division

Tel. (202) 616-8254
Fax: (202) 514-8624

JED:DEK:BELEY
D.J. No. 154-07-151

*Washington, D.C. 20530*

October 30, 2007

***Via Facsimile, Email and U.S. Mail***

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Florham Park, NJ 07932

Re: *United States Fire Insurance Co. v. United States*, No. 07-151

Dear Mr. Dickstein:

I have tried several times over the past few weeks to reach you by phone so that the two of us can discuss how best to advance discovery in this case. I understand from your recent email that you have been occupied on another matter, but there are several outstanding issues that should be addressed at your earliest convenience.

1. ***Claim Audit and Document Production***

The DCAA auditor, Lori Mihalko, has been unable to reach you in order to schedule a time to examine your client's books and records. Ms. Mihalko may be reached at either (973) 724-4840 or (973) 724-4932. Scheduling the auditor's visit is, of course, a matter that is best left to you and Ms. Mihalko, but if there is anything that I can do to facilitate this, please let me know.

It is my understanding that during one of your early phone calls with Ms. Mihalko, you indicated that, because some of the requests for production made by the Government in this case overlapped with the kinds of documents that the auditor would request, you foresaw some difficulty in coordinating your document production with the auditor's review. Because Ms. Mihalko is required to conduct her audit with original documents, I suggest that, for purposes of producing documents to me, you merely photocopy your responsive document population and send it to me as it is kept in the ordinary course of business, allowing Ms. Mihalko to review your originals. For my part, I am happy to do the same with the Government's production, and I think that proceeding with an exchange of copies will facilitate the document production for both of us. If you have any objections, or another proposal, please so advise.

2. ***Responses to Interrogatories***

The Government's responses to your initial set of interrogatories and document requests are currently due this Friday, November 2, 2007. The written responses to your requests for production of documents will be timely served, and the actual documents produced within a reasonable time afterwards, once we coordinate between the two of us the form in which the exchange of documents will occur.

It is my intention to provide you with detailed and comprehensive answers to your interrogatories. That is impossible within the response time allotted, however, given the complexity of the majority of the questions. Therefore, I request that you allow me an additional 30 days, to and including December 3, 2007, to provide you with responses.

Please give me a call to discuss the foregoing.

Very truly yours,

A. Bondurant Eley
A. Bondurant Eley
Trial Attorney

## Eley, Bondurant (CIV)

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Tuesday, December 04, 2007 12:58 PM
**To:** Mihalko, Lori, Ms, DCAA
**Cc:** Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Subject:** RE: Dates for Entrance Conference

I dictated a letter to Bondurant that she should be receiving today or tomorrow regarding the audit request; I forward a copy to you as well.
In the meantime, we are trying to make copies of the documents you have requested and hope to have them to you by the 12th. While there is nothing life threatening, my wife needs surgery that has been scheduled for 12/13 which, in turn may complicate the schedule. I will have a better sense of where we are at the end of this week.

Please also let me know if the "audit" is something different than what you refer to below as the "requested data" or whether the two are the same.

In the future, I think it would make sense for you to copy Ms. Eley on your emails. Thank you.

[PS. Bondurant: Is it your intention to review the files we have in our office even if not responsive to the audit on December 12? Please advise.]

Bruce Dickstein, Esq.

Dreifuss, Bonacci & Parker, LLP

26 Columbia Turnpike, North Entrance

Florham Park, New Jersey 07932

Telephone: (973) 514-1414

Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----

From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Tuesday, December 04, 2007 7:22 AM
To: Bruce Dickstein
Cc: Brehm, Ernst, Mr, DCAA
Subject: Dates for Entrance Conference
Importance: High

Bruce,

Back on 11/6/2007, Bondurant Eley advised us that you would be available to support the audit starting 12/12/2007. Therefore, we would like to schedule the entrance conference to go through the requested data and start the audit review. Both Ernie and I are available to meet with you on 12/12. Please let us know if that will work with you, and give us a meeting time. If that day is not good, please advise an alternate date.
We are currently available 12/13, 12/14, 12/18, 12/19, 12/20, 12/21, 12/27, and 12/28. Please get back to me with a date as quickly as possible, before these dates become unavailable due to other matters.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Thursday, October 18, 2007 6:00 PM
To: Mihalko, Lori, Ms, DCAA
Cc: Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: RE: Dates for Entrance Conference

I owe you and Bondurant a call. I have been extremely tied up in connection with another matter. I will follow-up with regard to the audit first thing on Monday morning first with Bondurant and then with
Ernie Brehm as to the date. Thank you for your courtesies.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

---

From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Thursday, October 18, 2007 5:55 PM
To: Bruce Dickstein
Cc: Brehm, Ernst, Mr, DCAA
Subject: Dates for Entrance Conference

Bruce,

Since I have not heard back from yesterday's message, and I will be out of the office until November 6, I am sending you this e-mail to facilitate the scheduling of an entrance conference for us to go through the requested data and start the audit review. We would like to meet with you either Wednesday, November 14, Thursday, November 15, or Friday, November 16. If by chance none of those dates are good, we could also meet either Monday, November 19, or Tuesday, November 20. However, we would prefer to meet with you earlier rather than later. If you have

any questions during my absence, please contact Ernie Brehm at (201) 405-2909 or ernst.brehm@dcaa.mil. I look forward to meeting with you and getting the audit underway.

Thank you.

Lori Mihalko, CPA, MBA
Senior Auditor
(973) 724-4840 or -4932
FAX (973) 724-2187
DRS (973) 898-7181
lori.mihalko@dcaa.mil

IMPORTANT: This e-mail, including all attachments, constitute Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.

**Eley, Bondurant (CIV)**

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Wednesday, December 05, 2007 7:40 AM
**To:** Bruce Dickstein
**Cc:** Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Subject:** RE: Dates for Entrance Conference

Bruce,

The requested data is part of the audit. It is the preliminary data needed to plan out the scope of the review. As noted in the transmittal of the request, we will require access to the files and original source documents and only need copies of items that will be used to support any audit conclusions. Therefore, no copies needed to be made in advance.
However, based on the current circumstances, we will review the documentation you send us and send a new request detailing the information we would like to review in more detail. A future site visit may be necessary based on the nature of the information provided.

I hope all goes well with your wife's surgery.

Take care.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Tuesday, December 04, 2007 12:58 PM
To: Mihalko, Lori, Ms, DCAA
Cc: Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: RE: Dates for Entrance Conference

I dictated a letter to Bondurant that she should be receiving today or tomorrow regarding the audit request; I forward a copy to you as well.
In the meantime, we are trying to make copies of the documents you have requested and hope to have them to you by the 12th. While there is nothing life threatening, my wife needs surgery that has been scheduled for 12/13 which, in turn may complicate the schedule. I will have a better sense of where we are at the end of this week.

Please also let me know if the "audit" is something different than what you refer to below as the "requested data" or whether the two are the same.

In the future, I think it would make sense for you to copy Ms. Eley on your emails.
Thank you.

[PS. Bondurant: Is it your intention to review the files we have in our office even if not responsive to the audit on December 12? Please advise.]

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error,

please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Tuesday, December 04, 2007 7:22 AM
To: Bruce Dickstein
Cc: Brehm, Ernst, Mr, DCAA
Subject: Dates for Entrance Conference
Importance: High

Bruce,

Back on 11/6/2007, Bondurant Eley advised us that you would be available to support the audit starting 12/12/2007. Therefore, we would like to schedule the entrance conference to go through the requested data and start the audit review. Both Ernie and I are available to meet with you on 12/12. Please let us know if that will work with you, and give us a meeting time. If that day is not good, please advise an alternate date.
We are currently available 12/13, 12/14, 12/18, 12/19, 12/20, 12/21, 12/27, and 12/28. Please get back to me with a date as quickly as possible, before these dates become unavailable due to other matters.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Thursday, October 18, 2007 6:00 PM
To: Mihalko, Lori, Ms, DCAA
Cc: Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: RE: Dates for Entrance Conference

I owe you and Bondurant a call. I have been extremely tied up in connection with another matter. I will follow-up with regard to the audit first thing on Monday morning first with Bondurant and then with
Ernie Brehm as to the date. Thank you for your courtesies.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

---

From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Thursday, October 18, 2007 5:55 PM
To: Bruce Dickstein
Cc: Brehm, Ernst, Mr, DCAA
Subject: Dates for Entrance Conference

Bruce,

Since I have not heard back from yesterday's message, and I will be out of the office until November 6, I am sending you this e-mail to facilitate the scheduling

of an entrance conference for us to go through the requested data and start the audit review. We would like to meet with you either Wednesday, November 14, Thursday, November 15, or Friday, November 16. If by chance none of those dates are good, we could also meet either Monday, November 19, or Tuesday, November 20. However, we would prefer to meet with you earlier rather than later. If you have any questions during my absence, please contact Ernie Brehm at (201) 405-2909 or ernst.brehm@dcaa.mil. I look forward to meeting with you and getting the audit underway.

Thank you.

Lori Mihalko, CPA, MBA
Senior Auditor
(973) 724-4840 or -4932
FAX (973) 724-2187
DRS (973) 898-7181
lori.mihalko@dcaa.mil

IMPORTANT: This e-mail, including all attachments, constitute Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Wednesday, October 03, 2007 3:48 PM
To: 'BDickstein@dbplawfirm.com'
Cc: 'Kenneth.MacKenzie@va.gov'; Brehm, Ernst, Mr, DCAA
Subject: USFIC Request No. 1

Bruce,

As per our discussion today, the purpose of the audit is to verify the accuracy of the claimed costs. Attached is a request for information, most of which is the same as the request sent to you on August 25, 2004.
At this point, we would require access to the files and original source documents. We will only need copies of items that will be used to support any audit conclusions, so no copies need to be made in advance.
Therefore, this effort should not be duplicative of the government's document demand.

<<08a USFIC Request No. 1.doc>>

Please advise as to your availability during October and November so that we can schedule the entrance conference. It would be beneficial for your consultant to also be in attendance. Once you provide a listing of dates, I will let you know which ones work with Ernie's and my schedules. Also, you indicated that you would contact both the government attorney and me on Monday to coordinate on the two requests.
Please be advised that Monday is a Federal holiday, so I will not be available that day. However, I will be in the office on Tuesday.

Thank you.

Lori Mihalko, CPA, MBA
Senior Auditor

(973) 724-4840 or -4932
FAX (973) 724-2187
DRS (973) 898-7181
lori.mihalko@dcaa.mil

IMPORTANT: This e-mail, including all attachments, constitute Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.

**Eley, Bondurant (CIV)**

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Monday, December 10, 2007 12:04 PM
**To:** Mihalko, Lori, Ms, DCAA
**Cc:** Eley, Bondurant (CIV)
**Subject:** US Fire v. US (Montrose VA)

For various reasons, it appears that we will be unable to proceed with a document inspection and/or Entrance Conference on Wednesday. I had alerted each of you to this possibility and hope that the need to adjourn the date will not cause any inconvenience. We are trying to put together the documents that we believe will respond to the DCAA's audit so as to streamline that process and hope to have the same to you, and to also have all documents available for inspection, by not later than December 26, 2007. I will complete our letter regarding various categories in the audit request very shortly.

For its part, the surety prefers that inspection and copying of the Government's documents proceed after we have received the Government's discovery responses. In that regard, I would ask that Ms. Eley advise when she believes we will have received the responses to the surety's written discovery demands.

Thank you for your courtesies and cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**DREIFUSS BONACCI & PARKER, LLP**
ATTORNEYS AT LAW

David C. Dreifuss (NJ)
JoAnne M. Bonacci (NJ & PA)
Ronald I. Parker (NJ & NY)
Bruce Dickstein (NJ & NY)

Derek A. Popeil (NJ & NY)
Paul H. Mandal (NJ & NY)
George Christopoulos (NJ & NY)
Monika S. Pundalik (NJ)
Eli J. Rogers (NJ & NY)
Jonathan D. Morales (NJ & NY)
Adam M. Fontana (NJ &NY)

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

(973) 514-1414
Telefax (973) 514-5959

Writer's E-mail Address:
*bdickstein@dbplawfirm.com*

One Penn Plaza
36th Floor
New York, New York 10119
(212) 835-1514

1500 Market Street
12th Floor
East Tower
Philadelphia, Pennsylvania 19102

***Please reply to New Jersey Office***

December 12, 2007

*Via E-mail*

A. Bondurant Eley, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Atten: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530

Re: United States Fire Ins. Co. v. The United States
Civil Case No.: 07-151

Dear Ms. Eley:

Please accept this letter with regard to the written discovery we exchanged and the DCAA's audit request.

First, we will be producing the responsive documents in the manner in which they were maintained. As noted below, the DCAA team will be coming to our offices on December 27, 2007 for the Entrance Conference and to begin the audit. All responsive documents will be made available at that time and we assume that whatever inspection the Government wishes to take separate from the DCAA's review can take place at that time as well.

We confirm that the Government has committed to providing responses to the surety's interrogatories that are truly informative and complete. Without disparaging our colleagues, we both know that responses to interrogatories are frequently noncommittal, at best, and we appreciate that particular effort will be made in this matter to provide "actual answers". As we inquired earlier this week, please let me know how much time you require beyond the date now set in the Court's Order to provide the responses.

We also confirm your having advised that the Government's documents will be available at the Bronx, New York, location for inspection and copying. We prefer to review the documents after having received the interrogatory responses; we can coordinate a date during the next several days.

Second, we previously indicated that we did not object to dealing with the DCAA team directly but thought it best that all substantive communications proceed through, or at least include, your offices. The surety is prepared to cooperate with the DCAA with the understanding that, whatever the involvement of the DCAA team, all of the discussions and inspections involving the DCAA will proceed formally and under the same rules as govern discovery before the Court of Federal Claims.

The following then is our response to the various items sought by the DCAA. We were surprised to hear that you had not received a copy of the DCAA's audit items and, in any event, reproduce each item in this letter for your convenience.

> Request No. 1. Please provide access to the external consultants' working papers that support the claim for the direct and indirect cost damages. We need to look at the consultant's workpapers to see the intermediate steps taken from the accounting records to the claim.

This request obviously implicates various privileges but our concern is of a different (although related) nature. We looked over the claim bearing in mind this request and are unable to determine any figure, number or calculation for which any "intermediate step" is not expressly stated or the underlying "hard" data is not set forth in an exhibit. Please provide those instances were the "intermediate step" needs disclosure or explanation of some sort such as would warrant the production of privileged documents.

> Request No. 2. Please provide access to the weekly Davis-Bacon Act certified payroll record reports for the total delay period.

We will produce for inspection and copying all the certified payrolls that we have from Landmark's project files. Please note our understanding, however, that the contract documents required the contemporaneous submission of the payroll to the Contracting Officer. It is our further understanding that the surety, through Landmark, submitted the certified payrolls during performance of the bonded contract and subsequent Takeover Agreement such that copies of certified payrolls should already be in the Government's possession and the same may be forwarded to the DCAA team.

> Request No. 3. Please provide access to the prime contractor's correspondence file for legal documents related to subcontractors.

Needless to say, we are not sure what "legal documents" are. We assume that this request concerns such items as liquidating and ratification agreements, release of liens, the original subcontract between Castle Abatement and a specific subcontractor and the like. We are arranging to copy any such documents in the files we have retrieved.

4. Claim Item 5.2 - Extended General Conditions. The supporting exhibit (235) is a listing of the items included in the extended general conditions. Please provide the following:

- The calculation of the monthly averages for each of ten cost categories.
- The calculation of the employer overhead rate, if applicable. Also provide details of the pool and base expenses.

5. Claim Item 5.3 - Extended Designated Construction Representative Cost. Please describe the duties this firm (SCS Consulting) performed. Also, provide the following:

- The summary of SCS billing for the period of April 1999 through May 2001 includes labor costs. However, none of the supporting invoices include labor costs for regular hours as a line item (add'l hours only). Please show how you determined the labor costs in this schedule and verify that the costs were paid.

- Provide a breakout of the expenses for invoices 01-006.10, 01-007.10, and 01-008.10 covering June, July, and August of 2001.

- The invoices from SCS include various charges for Ed Black (expenses; lodging; health insurance; cell phone; and from at least May 2002 forward, labor hours). There are similar expenses for Ed Black in the extended general conditions costs. Please provide verification that there is no duplication of these costs.

- The three invoices for May 2002 through July 2002 were much higher than the other 45 months. What additional effort was performed during this period?

- The claim covers the period of March 25, 1999 through February 21, 2002. Please explain why an invoice for March 2002 is included in this calculation.

- Please explain why two different methodologies were used for items 5.2 and 5.3. For the extended general conditions, the daily rate was calculated as the monthly average divided by 30 days to come up with the

daily rate, but for the extended designated construction representative, the total costs billed were divided by the total delay of 1,065 days.

We are reviewing the documentation regarding the extended general conditions and will make responsive documents available at the Entrance Conference. We anticipate explaining in as much detail as possible the correlation between the amounts sought in the REA and the monthly billings submitted to and paid by the surety reproduced as Exhibit 236, as well as the specific DCAA queries listed above. At this point, however, please note it was never the surety's intention to double count, or inflate, any item of damage and we will make the appropriate adjustments to the REA should that prove necessary. As concerns the methodological inquiry (the last bulleted item), subject to verification, we believe that the selection of one methodology over the other was arbitrary and the surety will agree to that method the DCAA believes makes more sense. (Or, perhaps, it would be more efficient for us to simply flip a coin.)

6. Claim Item 5.5 - Subcontractor Back Charges. Please provide a detailed cost breakdown for each of the Rockmore and Blake back charge line items.

We previously responded to you letter that questioned whether the subcontractor backcharges represented a double counting, *i.e.*, whether the surety backcharged each of the subcontractors (that is, the surety paid less than the subcontract price) and also sought the payment from the Government of the backcharged amount. We explained that the term "subcontractor backcharges" is probably a misnomer. The backcharge actually represents the difference between (*x*) the subcontract value of work the subcontractor did not perform and (*y*) the actual costs paid to the replacement subcontractor, as laid out numerically in Figure 5.5.1-1 and -2 and thereafter summarized in -3. Note that the "subcontractor backcharges" (Section 5.5.of the REA) and the "increased subcontractor costs due to terminations" (Section 5.6 of the REA) are conceptually the same, the former representing costs incurred by work self-performed by Landmark and the latter representing costs incurred by work paid to a replacement subcontractor. As set forth in the REA, the increased cost was incurred because the individual subcontractor, unlike the surety and Landmark, was unprepared to tolerate the Government's delays, lack of direction and the like and, accordingly, was forced to leave the project.

In any event, we are unsure what information has not been supplied. The "cost breakdown" – as we understand the term – is precisely as set forth in the "figures" set forth at 5.5. When we meet with the DCAA team perhaps this item can be clarified.

7. Claim Item 5.6 - Subcontractor Termination Costs. Please provide access to the original and replacement contracts for each subcontractor. Also, please provide documentation of total payments made to each of the terminated and replacement subcontractors.

We are gathering copies of the subcontracts and will provide them to the DCAA team at the Entrance Conference, together with copies of cancelled checks. The totals of the payments, of course, are as set forth in the REA itself.

> 8. Claim Item 5.7 - Proposal Preparation Costs. Please provide a copy of the consulting agreement with Warner Construction Consultants, Inc. (WCCI). Also provide the following:
>
> - Detailed cost breakdown of the in-house costs.
> - Detailed cost breakdown of WCCI's costs.
> - Access to all invoices submitted by WCCI.

We will provide a copy of the retention agreement and partially redacted Warner Construction Consulting invoices. Warner's invoices document its costs. We do not understand the significance or relevance of Warner's actual in-house costs and ask that the same be explained.

> 9. Claim Item 5.8 - Subcontractor Claims. Please explain what USFIC and/or LCM have done to determine that there is a reasonable basis for, and to verify the accuracy of, each of the subcontractors' claims? In addition,
>
> - Has USFIC and/or LCM recorded a liability on its books for any or all of the subcontractor claims? If so, please provide documentation.
>
> - For the subcontractors that defaulted, did USFIC and/or LCM receive, or will they receive, any payments from the original subcontractors' sureties? If so, please provide details.

The "pass through" portions of the REA were reviewed and each such demand appeared to have been submitted in good faith, the supporting data appeared to be accurate and complete and the amount sought appeared to reflect the contract adjustment for which the Government appeared to be liable.

> 10. Were the costs incurred related to the changed conditions segregated in the contractor's records? If so, provide a copy of the job cost ledger. If not, explain why the costs were not segregated, and how they were identified when preparing the claim.

My understanding is that Landmark and SCS Consulting did not have sophisticated accounting systems. The surety, Landmark and SCS Consulting, to the best of my knowledge, did not segregate its costs as suggested in the audit item. The costs related to each item of the

REA was identified as described in the REA itself. Given the detail set forth in the REA, I do not believe the last sentence is tautological in any regard. Again, this item can be discussed with the DCAA team.

As you can see, we are copying Lori Mihalko on this letter. Ms. Mihalko and I discussed the Entrance Conference and the same has been scheduled for December 27, 2007, at our offices. If you think that we need to discuss the DCAA audit prior the scheduled review, please feel free to give us a call.

Very truly yours,

BRUCE DICKSTEIN

BD/
cc: Ms. Lori Mihalko

**Eley, Bondurant (CIV)**

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Wednesday, December 12, 2007 1:32 PM
**To:** Mihalko, Lori, Ms, DCAA
**Cc:** Eley, Bondurant (CIV)
**Subject:** RE: US Fire v. US (Case 07-151 - Montrose VA Hospital)

6 am. You have a wonderful sense of humor. Let's say 9:30. I'll bring the danish.

Bruce Dickstein, Esq.

Dreifuss, Bonacci & Parker, LLP

26 Columbia Turnpike, North Entrance

Florham Park, New Jersey 07932

Telephone: (973) 514-1414

Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Wednesday, December 12, 2007 1:25 PM
To: Bruce Dickstein
Subject: RE: US Fire v. US (Case 07-151 - Montrose VA Hospital)

Bruce,

I see in the letter that the entrance conference is scheduled for 12/27. What time would you like us to come there? Both Ernie and I start at 6:00 am, so anytime would be good. Please let me know.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Wednesday, December 12, 2007 1:07 PM

To: Eley, Bondurant (CIV); Mihalko, Lori, Ms, DCAA
Subject: US Fire v. US (Case 07-151 - Montrose VA Hospital)

Attached please find our letter regarding discovery and the DCAA audit. Please give me a call if you have any questions.

Bruce Dickstein, Esq.

Dreifuss, Bonacci & Parker, LLP

26 Columbia Turnpike, North Entrance

Florham Park, New Jersey 07932

Telephone: (973) 514-1414

Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**Eley, Bondurant (CIV)**

---

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]

**Sent:** Monday, December 24, 2007 11:04 AM

**To:** Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)

**Subject:** US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

I found myself having to deal with an emergency in an unrelated case most of last week and came into the office today to review the surety's anticipated document production. As I noted previously, the documents being made available for inspection and copying have been organized but we want to segregate the documents specifically responsive to the DCAA's audit items. (I note that I wrote to Bondurant regarding several items but have not received a response to our correspondence.) Having reviewed my associates' organization of the documents and my need to consider a few details regarding the claim relevant to the audit, I believe that we would all benefit by pushing off the inspection to **January 9, 10 and 11** when Ms. Eley indicated that the Government would like to inspect the documents. In looking at my schedule, I also realize that I had also scheduled an out-of-office meeting with an expert in another litigation for this Thursday and I am unable to reach the expert to reschedule the meeting. I would ask the DCAA to confirm its availability for the rescheduled dates.

Thank you (and regards for the holidays to all of you).

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Wednesday, December 26, 2007 10:54 AM
**To:** Bruce Dickstein
**Cc:** Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Subject:** RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

Bruce,

I will need to confirm with Ernie tomorrow, but when I spoke with him last week, he was available both January 9 and January 11. Please note that I am scheduled for jury duty on January 2, so my availability on these dates is contingent on whether or not I am selected for a trial.

Since the DoJ reviewers are scheduled to be at your office on January 9, Ernie and I could come in on January 11 to minimize confusion between the two reviews. However, if you do not feel it would be a conflict, we could also come in on January 9, and reserve January 11 for a return visit, if needed. Please let me know.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Monday, December 24, 2007 11:04 AM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

I found myself having to deal with an emergency in an unrelated case most of last week and came into the office today to review the surety's anticipated document production. As I noted previously, the documents being made available for inspection and copying have been organized but we want to segregate the documents specifically responsive to the DCAA's audit items. (I note that I wrote to Bondurant regarding several items but have not received a response to our correspondence.) Having reviewed my associates' organization of the documents and my need to consider a few details regarding the claim relevant to the audit, I believe that we would all benefit by pushing off the inspection to January 9, 10 and 11 when Ms. Eley indicated that the Government would like to inspect the documents. In looking at my schedule, I also realize that I had also scheduled an out-of-office meeting with an expert in another litigation for this Thursday and I am unable to reach the expert to reschedule the meeting. I would ask the DCAA to confirm its availability for the rescheduled dates.

Thank you (and regards for the holidays to all of you).

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error,

please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**Eley, Bondurant (CIV)**

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Thursday, December 27, 2007 6:27 AM
**To:** Bruce Dickstein
**Cc:** Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Subject:** RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

Bruce,

I checked with Ernie this morning, and he is only available the morning of January 11. So we will meet with you that day. Please confirm.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Wednesday, December 26, 2007 10:54 AM
To: 'Bruce Dickstein'
Cc: Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

Bruce,

I will need to confirm with Ernie tomorrow, but when I spoke with him last week, he was available both January 9 and January 11. Please note that I am scheduled for jury duty on January 2, so my availability on these dates is contingent on whether or not I am selected for a trial.

Since the DoJ reviewers are scheduled to be at your office on January 9, Ernie and I could come in on January 11 to minimize confusion between the two reviews. However, if you do not feel it would be a conflict, we could also come in on January 9, and reserve January 11 for a return visit, if needed. Please let me know.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Monday, December 24, 2007 11:04 AM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

I found myself having to deal with an emergency in an unrelated case most of last week and came into the office today to review the surety's anticipated document production. As I noted previously, the documents being made available for inspection and copying have been organized but we want to segregate the documents specifically responsive to the DCAA's audit items. (I note that I wrote to Bondurant regarding several items but have not received a response to our correspondence.) Having reviewed my associates' organization of the documents and my need to consider a few details regarding the claim relevant to the audit, I believe that we would all benefit by pushing off the inspection to January 9, 10 and 11 when Ms. Eley indicated that the Government would like to inspect the documents. In looking at my schedule, I also realize that I had also scheduled an out-of-office meeting with an expert in another litigation for this Thursday and I am unable to

reach the expert to reschedule the meeting. I would ask the DCAA to confirm its availability for the rescheduled dates.

Thank you (and regards for the holidays to all of you).

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**Eley, Bondurant (CIV)**

| | |
|---|---|
| **From:** | Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil] |
| **Sent:** | Tuesday, January 08, 2008 1:07 PM |
| **To:** | Bruce Dickstein |
| **Cc:** | Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV) |
| **Subject:** | RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Need to Reschedule Document Inspection |

Hi Bruce,

I have not yet received confirmation from you that our meeting is on for this Friday. Also, please confirm the time (I'm guessing it will be at 9:30, since that was the time you selected for the prior attempt).
Please advise.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Thursday, December 27, 2007 6:27 AM
To: 'Bruce Dickstein'
Cc: Brehm, Ernst, Mr, DCAA; 'Eley, Bondurant (CIV)'
Subject: RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

Bruce,

I checked with Ernie this morning, and he is only available the morning of January 11. So we will meet with you that day. Please confirm.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Wednesday, December 26, 2007 10:54 AM
To: 'Bruce Dickstein'
Cc: Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

Bruce,

I will need to confirm with Ernie tomorrow, but when I spoke with him last week, he was available both January 9 and January 11. Please note that I am scheduled for jury duty on January 2, so my availability on these dates is contingent on whether or not I am selected for a trial.

Since the DoJ reviewers are scheduled to be at your office on January 9, Ernie and I could come in on January 11 to minimize confusion between the two reviews. However, if you do not feel it would be a conflict, we could also come in on January 9, and reserve January 11 for a return visit, if needed. Please let me know.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]

Sent: Monday, December 24, 2007 11:04 AM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

I found myself having to deal with an emergency in an unrelated case most of last week and came into the office today to review the surety's anticipated document production. As I noted previously, the documents being made available for inspection and copying have been organized but we want to segregate the documents specifically responsive to the DCAA's audit items. (I note that I wrote to Bondurant regarding several items but have not received a response to our correspondence.) Having reviewed my associates' organization of the documents and my need to consider a few details regarding the claim relevant to the audit, I believe that we would all benefit by pushing off the inspection to January 9, 10 and 11 when Ms. Eley indicated that the Government would like to inspect the documents. In looking at my schedule, I also realize that I had also scheduled an out-of-office meeting with an expert in another litigation for this Thursday and I am unable to reach the expert to reschedule the meeting. I would ask the DCAA to confirm its availability for the rescheduled dates.

Thank you (and regards for the holidays to all of you).

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Tuesday, January 08, 2008 1:26 PM
**To:** Mihalko, Lori, Ms, DCAA
**Cc:** Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV); Adam Fontana
**Subject:** RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Need to Reschedule Document Inspection

Yes, we are planning on your arrival at 9:30 this Friday. I am not certain that the Government will have concluded its review which is beginning tomorrow but we will do the best we can given the space available. Please let me know if there is anything specific you would like us to prepare.

I would be amiss were I not to note that we have not yet received the Government's discovery responses that are now substantially overdue.

Thank you.

Bruce Dickstein, Esq.

Dreifuss, Bonacci & Parker, LLP

26 Columbia Turnpike, North Entrance

Florham Park, New Jersey 07932

Telephone: (973) 514-1414

Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Tuesday, January 08, 2008 1:07 PM
To: Bruce Dickstein
Cc: Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Need to Reschedule Document Inspection

Hi Bruce,

I have not yet received confirmation from you that our meeting is on for this Friday. Also, please confirm the time (I'm guessing it will be at 9:30, since that was the time you selected for the prior attempt).
Please advise.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Thursday, December 27, 2007 6:27 AM
To: 'Bruce Dickstein'
Cc: Brehm, Ernst, Mr, DCAA; 'Eley, Bondurant (CIV)'
Subject: RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

Bruce,

I checked with Ernie this morning, and he is only available the morning of January 11. So we will meet with you that day. Please confirm.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Wednesday, December 26, 2007 10:54 AM
To: 'Bruce Dickstein'
Cc: Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

Bruce,

I will need to confirm with Ernie tomorrow, but when I spoke with him last week, he was available both January 9 and January 11. Please note that I am scheduled for jury duty on January 2, so my availability on these dates is contingent on whether or not I am selected for a trial.

Since the DoJ reviewers are scheduled to be at your office on January 9, Ernie and I could come in on January 11 to minimize confusion between the two reviews. However, if you do not feel it would be a conflict, we could also come in on January 9, and reserve January 11 for a return visit, if needed. Please let me know.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Monday, December 24, 2007 11:04 AM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Subject: US Fire v. US (Montrose VA Request for Equitable Adjustment) - Nedd to Reschedule Document Inspection

I found myself having to deal with an emergency in an unrelated case most of last week and came into the office today to review the surety's anticipated document production. As I noted previously, the documents being made available for inspection and copying have been organized but we want to segregate the documents specifically responsive to the DCAA's audit items. (I note that I wrote to Bondurant regarding several items but have not received a response to our correspondence.) Having reviewed my associates' organization of the documents and

my need to consider a few details regarding the claim relevant to the audit, I believe that we would all benefit by pushing off the inspection to January 9, 10 and 11 when Ms. Eley indicated that the Government would like to inspect the documents. In looking at my schedule, I also realize that I had also scheduled an out-of-office meeting with an expert in another litigation for this Thursday and I am unable to reach the expert to reschedule the meeting. I would ask the DCAA to confirm its availability for the rescheduled dates.

Thank you (and regards for the holidays to all of you).

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.