**Eley, Bondurant (CIV)**

---

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Thursday, January 10, 2008 11:26 AM
**To:** Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA
**Cc:** Eley, Bondurant (CIV)
**Subject:** US Fire v. US - Confidential
**Importance:** High

I need to adjourn tomorrow's audit until any day after next Tuesday. I had very much wanted to keep the date given the history of this matter but something serious happened [redacted] such that I really need to adjourn the audit date. Thank you for your understanding. I will be leaving the office today by about 2 pm. If you can't call before then, please call me on my cellphone (201) 805-0477 so that I can be sure you received this message.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

**MATERIAL REDACTED**

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Wednesday, January 16, 2008 9:08 AM
**To:** Bruce Dickstein
**Cc:** Eley, Bondurant (CIV); Brehm, Ernst, Mr, DCAA
**Subject:** RE: US Fire v. US - Confidential

Bruce,

Here are dates that both Ernie and I are available through the end of the month: Thursday, January 24; Tuesday, January 29; and Wednesday, January 30. We would prefer the meeting be scheduled in the morning. Please let me know which day works best for you.

Thank you.
Lori

**MATERIAL REDACTED**

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Thursday, January 10, 2008 11:26 AM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA
Cc: Eley, Bondurant (CIV)
Subject: US Fire v. US - Confidential
Importance: High

I need to adjourn tomorrow's audit until any day after next Tuesday. I had very much wanted to keep the date given the history of this matter but something serious happened such that I really need to adjourn the audit date. Thank you for your understanding. I will be leaving the office today by about 2 pm. If you can't call before then, please call me on my cellphone (201) 805-0477 so that I can be sure you received this message.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**Eley, Bondurant (CIV)**

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Wednesday, January 16, 2008 12:58 PM
**To:** Mihalko, Lori, Ms, DCAA
**Cc:** Eley, Bondurant (CIV); Brehm, Ernst, Mr, DCAA
**Subject:** RE: US Fire v. US - Confidential

First, thank you for the sentiment. I emailed others that I think should be available to you for the audit to check their availability. I am hoping that one of the three dates you propose will work. I hope to get back to you either later this afternoon or tomorrow.

Bruce Dickstein, Esq.

Dreifuss, Bonacci & Parker, LLP

26 Columbia Turnpike, North Entrance

Florham Park, New Jersey 07932

Telephone: (973) 514-1414

Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Wednesday, January 16, 2008 9:08 AM
To: Bruce Dickstein
Cc: Eley, Bondurant (CIV); Brehm, Ernst, Mr, DCAA
Subject: RE: US Fire v. US - Confidential

MATERIAL REDACTED

Bruce,

Here are dates that both Ernie and I are available through the end of the month: Thursday, January 24; Tuesday, January 29; and Wednesday, January 30. We would prefer the meeting be scheduled in the morning. Please let me know which day works best for you.

Thank you.

Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Thursday, January 10, 2008 11:26 AM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA
Cc: Eley, Bondurant (CIV)
Subject: US Fire v. US - Confidential
Importance: High

**MATERIAL REDACTED**

I need to adjourn tomorrow's audit until any day after next Tuesday. I had very much wanted to keep the date given the history of this matter but something serious happened such that I really need to adjourn the audit date. Thank you for your understanding. I will be leaving the office today by about 2 pm. If you can't call before then, please call me on my cellphone (201) 805-0477 so that I can be sure you received this message.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Tuesday, January 22, 2008 2:52 PM
**To:** Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Cc:** Stephen Hopkins; Adam Fontana
**Subject:** US Fire v. US (Montrose VA)
**Importance:** High

I had cleared January 29 with Stephen Hopkins of SCS Consulting and just realized that I had not responded to your email about the date. Please let me know if January 29 is still available. I will be in a deposition for most of the day (also taking place at our offices) but would be available for questions and/or a wrap-up. As you can see, we also think that it would be most productive for Mr. Hopkins to work with you through the audit. Let me know if this works.

By copy of this email to Bondurant, I am advising that we held onto the boxes that in order to gather material that we assume the DCAA will want to review. Stated otherwise, we have not yet sent out the documents for copying. In addition, as we were going through the boxes, we noted that the copying requested is somewhat extensive. We would prefer not to pay the bill and ask for reimbursement. We can either send the boxes after the audit to "your copier" or send it to the copying service we use and ask that they contact you in advance with regard to payment arrangements. I will contact you after the DCAA concludes to arrange for our inspection of the Government's documents.

Thanks for your cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Tuesday, January 22, 2008 6:29 PM
**To:** Eley, Bondurant (CIV)
**Cc:** Adam Fontana
**Subject:** US Fire v. US (Montrose VA) #2

I forgot to mention in my prior email that four boxes of documents received from the surety's prior counsel (Wolff & Samson) had been in the office of the associate working on this file that had not yet been reviewed for privilege. That review has been completed and I hope to have the privilege log to you shortly. The four boxes contain few, if any, "source" or project documents. A fifth box was also inadvertently not produced at the recent document inspection that contains portions of the contract specifications and a blue notebook whose spine reads "RFI's 2/9/01 thru 12/17/01 + Copies of Handwritten".

Please accept our apologies for our error. Judging from the documents your consultants asked be copied, we assume that they would also want the blue notebook -- about 2 inches thick - copied and will have the remaining 4 1/2 boxes available for inspection at whatever time is good for you. (We can have the DCAA people look at the boxes and give you their opinion as to whether the same needs to be reviewed by your consultant).

Thank you for your courtesies and understanding.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Thursday, January 24, 2008 11:52 AM
**To:** Bruce Dickstein; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Cc:** Stephen Hopkins; Adam Fontana
**Subject:** RE: US Fire v. US (Montrose VA)

Bruce,

I have not been able to check with Ernie as to whether or not the 29th is still open for him, as he has been out sick. However, I am available that day and will hold it open until I can check with him.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Tuesday, January 22, 2008 2:52 PM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: US Fire v. US (Montrose VA)
Importance: High

I had cleared January 29 with Stephen Hopkins of SCS Consulting and just realized that I had not responded to your email about the date. Please let me know if January 29 is still available. I will be in a deposition for most of the day (also taking place at our offices) but would be available for questions and/or a wrap-up. As you can see, we also think that it would be most productive for Mr. Hopkins to work with you through the audit. Let me know if this works.

By copy of this email to Bondurant, I am advising that we held onto the boxes that in order to gather material that we assume the DCAA will want to review. Stated otherwise, we have not yet sent out the documents for copying. In addition, as we were going through the boxes, we noted that the copying requested is somewhat extensive. We would prefer not to pay the bill and ask for reimbursement. We can either send the boxes after the audit to "your copier" or send it to the copying service we use and ask that they contact you in advance with regard to payment arrangements. I will contact you after the DCAA concludes to arrange for our inspection of the Government's documents.

Thanks for your cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Thursday, January 24, 2008 12:01 PM
**To:** Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Cc:** Stephen Hopkins; Adam Fontana
**Subject:** RE: US Fire v. US (Montrose VA)

We will do the same. Thanks for the notice. (Stephen Hopkins will be available to answer questions you may have and he is traveling from Long Island. Let's touch base on Monday to make sure that Mr. Hopkins doesn't unnecessarily sit on the Cross Bronx Expressway.)

Bruce Dickstein, Esq.

Dreifuss, Bonacci & Parker, LLP

26 Columbia Turnpike, North Entrance

Florham Park, New Jersey 07932

Telephone: (973) 514-1414

Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Thursday, January 24, 2008 11:52 AM
To: Bruce Dickstein; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

I have not been able to check with Ernie as to whether or not the 29th is still open for him, as he has been out sick. However, I am available that day and will hold it open until I can check with him.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Tuesday, January 22, 2008 2:52 PM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: US Fire v. US (Montrose VA)
Importance: High

I had cleared January 29 with Stephen Hopkins of SCS Consulting and just realized that I had not responded to your email about the date. Please let me know if January 29 is still available. I will be in a deposition for most of the day (also taking place at our offices) but would be available for questions and/or a wrap-up. As you can see, we also think that it would be most productive for Mr. Hopkins to work with you through the audit. Let me know if this works.

By copy of this email to Bondurant, I am advising that we held onto the boxes that in order to gather material that we assume the DCAA will want to review. Stated otherwise, we have not yet sent out the documents for copying. In addition, as we were going through the boxes, we noted that the copying requested is somewhat extensive. We would prefer not to pay the bill and ask for reimbursement. We can either send the boxes after the audit to "your copier" or send it to the copying service we use and ask that they contact you in advance with regard to payment arrangements. I will contact you after the DCAA concludes to arrange for our inspection of the Government's documents.

Thanks for your cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**Eley, Bondurant (CIV)**

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Friday, January 25, 2008 7:24 AM
**To:** Bruce Dickstein; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Cc:** Stephen Hopkins; Adam Fontana
**Subject:** RE: US Fire v. US (Montrose VA)

Bruce,

I have checked with Ernie, and the 29th is still good for him. So the meeting is on for that day. I assume that it is still going to be at 9:30, since that is the time scheduled for the prior attempts. However, we are available earlier if Mr. Hopkins wants to try to get ahead of the traffic. Please advise as to the time of the meeting, and we will see you next week.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Thursday, January 24, 2008 12:01 PM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: RE: US Fire v. US (Montrose VA)

We will do the same. Thanks for the notice. (Stephen Hopkins will be available to answer questions you may have and he is traveling from Long Island. Let's touch base on Monday to make sure that Mr. Hopkins doesn't unnecessarily sit on the Cross Bronx Expressway.)

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Thursday, January 24, 2008 11:52 AM
To: Bruce Dickstein; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

I have not been able to check with Ernie as to whether or not the 29th is still open for him, as he has been out sick. However, I am available that day and will hold it open until I can check with him.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Tuesday, January 22, 2008 2:52 PM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: US Fire v. US (Montrose VA)
Importance: High

I had cleared January 29 with Stephen Hopkins of SCS Consulting and just realized that I had not responded to your email about the date. Please let me know if January 29 is still available. I will be in a deposition for most of the day (also taking place at our offices) but would be available for questions and/or a wrap-up. As you can see, we also think that it would be most productive for Mr. Hopkins to work with you through the audit. Let me know if this works.

By copy of this email to Bondurant, I am advising that we held onto the boxes that in order to gather material that we assume the DCAA will want to review. Stated otherwise, we have not yet sent out the documents for copying. In addition, as we were going through the boxes, we noted that the copying requested is somewhat extensive. We would prefer not to pay the bill and ask for reimbursement. We can either send the boxes after the audit to "your copier" or send it to the copying service we use and ask that they contact you in advance with regard to payment arrangements. I will contact you after the DCAA concludes to arrange for our inspection of the Government's documents.

Thanks for your cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Friday, January 25, 2008 9:18 AM
**To:** Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
**Cc:** Stephen Hopkins; Adam Fontana
**Subject:** RE: US Fire v. US (Montrose VA)

It seems that 9:30 is ok. I will be calling you later this morning to discuss the protocol, etc.

Bruce Dickstein, Esq.

Dreifuss, Bonacci & Parker, LLP

26 Columbia Turnpike, North Entrance

Florham Park, New Jersey 07932

Telephone: (973) 514-1414

Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Friday, January 25, 2008 7:24 AM
To: Bruce Dickstein; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

I have checked with Ernie, and the 29th is still good for him. So the meeting is on for that day. I assume that it is still going to be at 9:30, since that is the time scheduled for the prior attempts. However, we are available earlier if Mr. Hopkins wants to try to get ahead of the traffic. Please advise as to the time of the meeting, and we will see you next week.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Thursday, January 24, 2008 12:01 PM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: RE: US Fire v. US (Montrose VA)

We will do the same. Thanks for the notice. (Stephen Hopkins will be available to answer questions you may have and he is traveling from Long Island. Let's touch base on Monday to make sure that Mr. Hopkins doesn't unnecessarily sit on the Cross Bronx Expressway.)

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Thursday, January 24, 2008 11:52 AM
To: Bruce Dickstein; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

I have not been able to check with Ernie as to whether or not the 29th is still open for him, as he has been out sick. However, I am available that day and will hold it open until I can check with him.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Tuesday, January 22, 2008 2:52 PM
To: Mihalko, Lori, Ms, DCAA; Brehm, Ernst, Mr, DCAA; Eley, Bondurant (CIV)
Cc: Stephen Hopkins; Adam Fontana
Subject: US Fire v. US (Montrose VA)
Importance: High

I had cleared January 29 with Stephen Hopkins of SCS Consulting and just realized that I had not responded to your email about the date. Please let me know if January 29 is still available. I will be in a deposition for most of the day (also taking place at our offices) but would be available for questions and/or a wrap-up. As you can see, we also think that it would be most productive for Mr. Hopkins to work with you through the audit. Let me know if this works.

By copy of this email to Bondurant, I am advising that we held onto the boxes that in order to gather material that we assume the DCAA will want to review. Stated

otherwise, we have not yet sent out the documents for copying. In addition, as we were going through the boxes, we noted that the copying requested is somewhat extensive. We would prefer not to pay the bill and ask for reimbursement. We can either send the boxes after the audit to "your copier" or send it to the copying service we use and ask that they contact you in advance with regard to payment arrangements. I will contact you after the DCAA concludes to arrange for our inspection of the Government's documents.

Thanks for your cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Monday, February 04, 2008 3:18 PM
**To:** Eley, Bondurant (CIV)
**Cc:** Mihalko, Lori, Ms, DCAA
**Subject:** US Fire v. US (Montrose VA)

I left you a voicemail message earlier this morning indicating I would forward an email but thereafter got involved in another matter. I don't think that a good copying service would take all that long to copy the documents your consultants tagged so that we should probably have them sent out for copying now; the surety will gain access to the files as soon as the copying is completed so that we can thereafter turn our attention to responding to the DCAA's comments (conveyed to me by Ms. Mihalko during our telephone conversation this morning).

Please send me an email that I can then forward to my secretary regarding the arrangements you've made for the copying. Of course, if you need our assistance in any regard, let me know.

Thank you for your assistance and cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**Eley, Bondurant (CIV)**

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Wednesday, February 20, 2008 12:00 PM
**To:** Bruce Dickstein
**Cc:** Eley, Bondurant (CIV)
**Subject:** RE: US Fire v. US (Montrose VA)

Bruce,

It is my understanding that the copying is now complete, and that you can now organize the data in a manner that will document the basis of the claimed costs, as well as the supporting documentation for each amount. I would anticipate that you could do this fairly quickly, and that we should be able to schedule another site visit in the next week or two. My schedule is fairly open during that timeframe, other than 2/25. Please advise as to when you will be able to support the audit. If you have any questions, give me a call.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Monday, February 04, 2008 3:18 PM
To: Eley, Bondurant (CIV)
Cc: Mihalko, Lori, Ms, DCAA
Subject: US Fire v. US (Montrose VA)

I left you a voicemail message earlier this morning indicating I would forward an email but thereafter got involved in another matter. I don't think that a good copying service would take all that long to copy the documents your consultants tagged so that we should probably have them sent out for copying now; the surety will gain access to the files as soon as the copying is completed so that we can thereafter turn our attention to responding to the DCAA's comments (conveyed to me by Ms.
Mihalko during our telephone conversation this morning).

Please send me an email that I can then forward to my secretary regarding the arrangements you've made for the copying. Of course, if you need our assistance in any regard, let me know.

Thank you for your assistance and cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**Eley, Bondurant (CIV)**

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Wednesday, February 27, 2008 10:10 AM
**To:** Bruce Dickstein
**Cc:** Eley, Bondurant (CIV)
**Subject:** RE: US Fire v. US (Montrose VA)

Hi Bruce,

Please provide an update as to when you will have the supporting data organized and will be ready for another site visit to continue the audit.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Wednesday, February 20, 2008 12:00 PM
To: 'Bruce Dickstein'
Cc: Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

It is my understanding that the copying is now complete, and that you can now organize the data in a manner that will document the basis of the claimed costs, as well as the supporting documentation for each amount. I would anticipate that you could do this fairly quickly, and that we should be able to schedule another site visit in the next week or two. My schedule is fairly open during that timeframe, other than 2/25. Please advise as to when you will be able to support the audit. If you have any questions, give me a call.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Monday, February 04, 2008 3:18 PM
To: Eley, Bondurant (CIV)
Cc: Mihalko, Lori, Ms, DCAA
Subject: US Fire v. US (Montrose VA)

I left you a voicemail message earlier this morning indicating I would forward an email but thereafter got involved in another matter. I don't think that a good copying service would take all that long to copy the documents your consultants tagged so that we should probably have them sent out for copying now; the surety will gain access to the files as soon as the copying is completed so that we can thereafter turn our attention to responding to the DCAA's comments (conveyed to me by Ms.
Mihalko during our telephone conversation this morning).

Please send me an email that I can then forward to my secretary regarding the arrangements you've made for the copying. Of course, if you need our assistance in any regard, let me know.

Thank you for your assistance and cooperation.

Bruce Dickstein, Esq.

Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**Eley, Bondurant (CIV)**

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Wednesday, February 27, 2008 11:50 AM
**To:** Mihalko, Lori, Ms, DCAA
**Cc:** Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana
**Subject:** RE: US Fire v. US (Montrose VA)

I spoke at length with Stephen Hopkins earlier this week and am now confused by your prior emails and our telephone conversation. That is, it is now my understanding that much of the DCAA's concern expressed during the audit was due to the fact that we had not produced the cancelled checks for all of the surety's costs that comprised the Request for Equitable Adjustment and now the Claim. When you and I spoke, however, it seemed to me that there were other sorts of documents (or "proofs") that the DCAA wanted the surety to produce and that I would gain an appreciation of the extent of the same after speaking with Mr. Hopkins and Adam Fontana of this firm who participated in the audit. As you can see, such is not the case. At this point, due to our confusion, I would appreciate the DCAA reducing its observations and needs to a writing (an email, of course, is fine) and we will then respond appropriately.

Thank you for your cooperation and courtesies.

Bruce Dickstein, Esq.

Dreifuss, Bonacci & Parker, LLP

26 Columbia Turnpike, North Entrance

Florham Park, New Jersey 07932

Telephone: (973) 514-1414

Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Wednesday, February 27, 2008 10:10 AM
To: Bruce Dickstein
Cc: Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA)

Hi Bruce,

Please provide an update as to when you will have the supporting data organized and will be ready for another site visit to continue the audit.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Wednesday, February 20, 2008 12:00 PM
To: 'Bruce Dickstein'
Cc: Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

It is my understanding that the copying is now complete, and that you can now organize the data in a manner that will document the basis of the claimed costs, as well as the supporting documentation for each amount. I would anticipate that you could do this fairly quickly, and that we should be able to schedule another site visit in the next week or two. My schedule is fairly open during that timeframe, other than 2/25. Please advise as to when you will be able to support the audit. If you have any questions, give me a call.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Monday, February 04, 2008 3:18 PM
To: Eley, Bondurant (CIV)
Cc: Mihalko, Lori, Ms, DCAA
Subject: US Fire v. US (Montrose VA)

I left you a voicemail message earlier this morning indicating I would forward an email but thereafter got involved in another matter. I don't think that a good copying service would take all that long to copy the documents your consultants tagged so that we should probably have them sent out for copying now; the surety will gain access to the files as soon as the copying is completed so that we can thereafter turn our attention to responding to the DCAA's comments (conveyed to me by Ms. Mihalko during our telephone conversation this morning).

Please send me an email that I can then forward to my secretary regarding the arrangements you've made for the copying. Of course, if you need our assistance in any regard, let me know.

Thank you for your assistance and cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Wednesday, February 27, 2008 2:52 PM
**To:** Bruce Dickstein
**Cc:** Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana; Brehm, Ernst, Mr, DCAA
**Subject:** RE: US Fire v. US (Montrose VA)

Bruce,

The cancelled checks would only verify that costs were paid, not that the costs are directly related to the claim. Therefore, we need to review data to confirm that the costs are properly included in the claim. Hopefully this e-mail will clarify the required support and reduce the confusion. As we discussed, we are looking to have the supporting documentation organized in a manner that would allow for ready verification without having to pull data from boxes as we go along. This will save a lot of time on both of our parts. I will provide some examples of the type of information we would expect to see (this list is not all-inclusive):

General Conditions:

- Superintendent: Breakdown of the amount into monthly hours and average monthly rate. Computation of the average hours and the average rate over the associated time frame. Supporting timesheets and pay records supporting the transactions in the computation.
- Laborer: Same as above, but additional analysis showing how it was determined that 12 hours per week of this category was associated with general conditions and not other specific work effort.
- Employer Overhead: Details of the payroll taxes making up these costs and application to the base costs.
- Remaining Elements: Detailed listing of the invoices used to compute each of these average amounts, as well as the invoices themselves.

Extended Construction Representative Costs: The claim has copies of the invoices used to develop these costs, but we would want to see the contract with SCS to confirm the labor rate applied to the hours and additional hours. We would also want to see the timesheets supporting the billed hours. The invoices also contain expenses, which are detailed on an attachment to the invoices. We would want to see supporting travel expense vouchers, invoices, etc.

Subcontractor Back Charges/Subcontractor Termination Costs: We would want access to the original and replacement contracts for each subcontractor, and documentation of total payments made to each of the terminated and replacement subcontractors.

Proposal Preparation Costs:

- A copy of the consulting agreement with Warner Construction Consultants, Inc. (WCCI) and details of WCCI's billings and supporting invoices.
- Detailed cost breakdown of LCM's in-house REA preparation costs of $8,03, and supporting timesheets and payroll records for labor charges, invoices for other costs, pool and base details of any indirect expense rates with supporting general ledger detail.

Subcontractor Claims: Any analysis USFIC and/or LCM did to determine that there is a reasonable basis for, and to verify the accuracy of, each of the subcontractors' claims.

Much of this is the type of information that we had expected to see when we asked for access to the external

consultants' working papers to see the intermediate steps taken from the accounting records to the claim. Unfortunately, as you indicated, those workpapers are no longer available so that requires additional effort on your part. As noted, we would like to have this level of support available for all of the claimed costs. We would also want to have enough data provided to address the items in our Request No. 1, many of which have not yet been addressed.

Review of this data would make up the preliminary audit field work. There would likely be additional follow-up information requested based on the review of this data. Let me know if you have any questions.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Wednesday, February 27, 2008 11:50 AM
To: Mihalko, Lori, Ms, DCAA
Cc: Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana
Subject: RE: US Fire v. US (Montrose VA)

I spoke at length with Stephen Hopkins earlier this week and am now confused by your prior emails and our telephone conversation. That is, it is now my understanding that much of the DCAA's concern expressed during the audit was due to the fact that we had not produced the cancelled checks for all of the surety's costs that comprised the Request for Equitable Adjustment and now the Claim. When you and I spoke, however, it seemed to me that there were other sorts of documents (or "proofs") that the DCAA wanted the surety to produce and that I would gain an appreciation of the extent of the same after speaking with Mr. Hopkins and Adam Fontana of this firm who participated in the audit. As you can see, such is not the case. At this point, due to our confusion, I would appreciate the DCAA reducing its observations and needs to a writing (an email, of course, is fine) and we will then respond appropriately.

Thank you for your cooperation and courtesies.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Wednesday, February 27, 2008 10:10 AM
To: Bruce Dickstein
Cc: Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA)

Hi Bruce,

Please provide an update as to when you will have the supporting data organized and will be ready for another site visit to continue the audit.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Wednesday, February 20, 2008 12:00 PM
To: 'Bruce Dickstein'
Cc: Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

It is my understanding that the copying is now complete, and that you can now organize the data in a manner that will document the basis of the claimed costs, as well as the supporting documentation for each amount. I would anticipate that you could do this fairly quickly, and that we should be able to schedule another site visit in the next week or two. My schedule is fairly open during that timeframe, other than 2/25. Please advise as to when you will be able to support the audit.

If you have any questions, give me a call.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Monday, February 04, 2008 3:18 PM
To: Eley, Bondurant (CIV)
Cc: Mihalko, Lori, Ms, DCAA
Subject: US Fire v. US (Montrose VA)

I left you a voicemail message earlier this morning indicating I would forward an email but thereafter got involved in another matter. I don't think that a good copying service would take all that long to copy the documents your consultants tagged so that we should probably have them sent out for copying now; the surety will gain access to the files as soon as the copying is completed so that we can thereafter turn our attention to responding to the DCAA's comments (conveyed to me by Ms.

Mihalko during our telephone conversation this morning).

Please send me an email that I can then forward to my secretary regarding the arrangements you've made for the copying. Of course, if you need our assistance in any regard, let me know.

Thank you for your assistance and cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414

Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

**Eley, Bondurant (CIV)**

**From:** Bruce Dickstein [BDickstein@dbplawfirm.com]
**Sent:** Wednesday, February 27, 2008 3:04 PM
**To:** Mihalko, Lori, Ms, DCAA
**Cc:** Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana; Brehm, Ernst, Mr, DCAA; FRED BUSH
**Subject:** RE: US Fire v. US (Montrose VA)

I agree with your first statement and it is for that reason, in part, that I emailed you in the first instance. I will discuss your email with others and hope to respond shortly.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

---

**From:** Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
**Sent:** Wednesday, February 27, 2008 2:52 PM
**To:** Bruce Dickstein
**Cc:** Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana; Brehm, Ernst, Mr, DCAA
**Subject:** RE: US Fire v. US (Montrose VA)

Bruce,

The cancelled checks would only verify that costs were paid, not that the costs are directly related to the claim. Therefore, we need to review data to confirm that the costs are properly included in the claim. Hopefully this e-mail will clarify the required support and reduce the confusion. As we discussed, we are looking to have the supporting documentation organized in a manner that would allow for ready verification without having to pull data from boxes as we go along. This will save a lot of time on both of our parts. I will provide some examples of the type of information we would expect to see (this list is not all-inclusive):

General Conditions:

- Superintendent: Breakdown of the amount into monthly hours and average monthly rate. Computation of the average hours and the average rate over the associated time frame. Supporting timesheets and pay records supporting the transactions in the computation.
- Laborer: Same as above, but additional analysis showing how it was determined that 12 hours per week of this category was associated with general conditions and not other specific work effort.
- Employer Overhead: Details of the payroll taxes making up these costs and application to the base costs.

- Remaining Elements: Detailed listing of the invoices used to compute each of these average amounts, as well as the invoices themselves.

Extended Construction Representative Costs: The claim has copies of the invoices used to develop these costs, but we would want to see the contract with SCS to confirm the labor rate applied to the hours and additional hours. We would also want to see the timesheets supporting the billed hours. The invoices also contain expenses, which are detailed on an attachment to the invoices. We would want to see supporting travel expense vouchers, invoices, etc.

Subcontractor Back Charges/Subcontractor Termination Costs: We would want access to the original and replacement contracts for each subcontractor, and documentation of total payments made to each of the terminated and replacement subcontractors.

Proposal Preparation Costs:

- A copy of the consulting agreement with Warner Construction Consultants, Inc. (WCCI) and details of WCCI's billings and supporting invoices.
- Detailed cost breakdown of LCM's in-house REA preparation costs of $8,03, and supporting timesheets and payroll records for labor charges, invoices for other costs, pool and base details of any indirect expense rates with supporting general ledger detail.

Subcontractor Claims: Any analysis USFIC and/or LCM did to determine that there is a reasonable basis for, and to verify the accuracy of, each of the subcontractors' claims.

Much of this is the type of information that we had expected to see when we asked for access to the external consultants' working papers to see the intermediate steps taken from the accounting records to the claim. Unfortunately, as you indicated, those workpapers are no longer available so that requires additional effort on your part. As noted, we would like to have this level of support available for all of the claimed costs. We would also want to have enough data provided to address the items in our Request No. 1, many of which have not yet been addressed.

Review of this data would make up the preliminary audit field work. There would likely be additional follow-up information requested based on the review of this data. Let me know if you have any questions.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Wednesday, February 27, 2008 11:50 AM
To: Mihalko, Lori, Ms, DCAA
Cc: Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana
Subject: RE: US Fire v. US (Montrose VA)

I spoke at length with Stephen Hopkins earlier this week and am now confused by your prior emails and our telephone conversation. That is, it is now my understanding that much of the DCAA's concern expressed during the audit was due to the fact that we had not produced the cancelled checks for all of the surety's costs that comprised the Request for Equitable Adjustment and now the Claim. When you and I spoke, however, it seemed to me that there were other sorts of documents (or "proofs") that the DCAA wanted the surety to produce and that I would gain an appreciation of the extent of the same after speaking with Mr. Hopkins and Adam Fontana of this firm who participated in the audit. As you can see, such is not the case. At this point, due to our confusion, I would appreciate the DCAA reducing its observations and needs to a writing (an email, of course, is fine) and we will then respond appropriately.

Thank you for your cooperation and courtesies.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Wednesday, February 27, 2008 10:10 AM
To: Bruce Dickstein
Cc: Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA)

Hi Bruce,

Please provide an update as to when you will have the supporting data organized and will be ready for another site visit to continue the audit.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Wednesday, February 20, 2008 12:00 PM
To: 'Bruce Dickstein'
Cc: Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

It is my understanding that the copying is now complete, and that you can now organize the data in a manner that will document the basis of the claimed costs, as well as the supporting documentation for each amount. I would anticipate that you could do this fairly quickly, and that we should be able to schedule another site visit in the next week or two. My schedule is fairly open during that timeframe, other than 2/25. Please advise as to when you will be able to support the audit.

If you have any questions, give me a call.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Monday, February 04, 2008 3:18 PM
To: Eley, Bondurant (CIV)
Cc: Mihalko, Lori, Ms, DCAA
Subject: US Fire v. US (Montrose VA)

I left you a voicemail message earlier this morning indicating I would forward an email but thereafter got involved in another matter. I don't think that a good copying service would take all that long to copy the documents your consultants tagged so that we should probably have them sent out for copying now; the surety will gain access to the files as soon as the copying is completed so that we can thereafter turn our attention to responding to the DCAA's comments (conveyed to me by Ms.

Mihalko during our telephone conversation this morning).

Please send me an email that I can then forward to my secretary regarding the arrangements you've made for the copying. Of course, if you need our assistance in any regard, let me know.

Thank you for your assistance and cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Mihalko, Lori, Ms, DCAA [Lori.Mihalko@dcaa.mil]
**Sent:** Wednesday, March 05, 2008 10:17 AM
**To:** Bruce Dickstein
**Cc:** Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana; Brehm, Ernst, Mr, DCAA; FRED BUSH
**Subject:** RE: US Fire v. US (Montrose VA)

Hi Bruce,

Please advise on the status of when the supporting data will be organized and you will be able to support another field visit. We would like to proceed with the review as quickly as possible, so your prompt attention to this matter is appreciated. I am currently available Wednesday through Friday next week, so let me know if any of those days will work. If not, please provide an alternate timeline.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
Sent: Wednesday, February 27, 2008 3:04 PM
To: Mihalko, Lori, Ms, DCAA
Cc: Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana; Brehm, Ernst, Mr, DCAA; FRED BUSH
Subject: RE: US Fire v. US (Montrose VA)

I agree with your first statement and it is for that reason, in part, that I emailed you in the first instance. I will discuss your email with others and hope to respond shortly.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

---

From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil]
Sent: Wednesday, February 27, 2008 2:52 PM
To: Bruce Dickstein
Cc: Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana; Brehm, Ernst, Mr, DCAA
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

The cancelled checks would only verify that costs were paid, not that the costs are directly related to the claim. Therefore, we need to review data to confirm that the costs are properly included in the claim. Hopefully this e-mail will clarify the required support and reduce the confusion. As we discussed, we are looking to

have the supporting documentation organized in a manner that would allow for ready verification without having to pull data from boxes as we go along. This will save a lot of time on both of our parts. I will provide some examples of the type of information we would expect to see (this list is not all-inclusive):

General Conditions:

* Superintendent: Breakdown of the amount into monthly hours and average monthly rate. Computation of the average hours and the average rate over the associated time frame. Supporting timesheets and pay records supporting the transactions in the computation.
* Laborer: Same as above, but additional analysis showing how it was determined that 12 hours per week of this category was associated with general conditions and not other specific work effort.
* Employer Overhead: Details of the payroll taxes making up these costs and application to the base costs.
* Remaining Elements: Detailed listing of the invoices used to compute each of these average amounts, as well as the invoices themselves.

Extended Construction Representative Costs: The claim has copies of the invoices used to develop these costs, but we would want to see the contract with SCS to confirm the labor rate applied to the hours and additional hours. We would also want to see the timesheets supporting the billed hours. The invoices also contain expenses, which are detailed on an attachment to the invoices. We would want to see supporting travel expense vouchers, invoices, etc.

Subcontractor Back Charges/Subcontractor Termination Costs: We would want access to the original and replacement contracts for each subcontractor, and documentation of total payments made to each of the terminated and replacement subcontractors.

Proposal Preparation Costs:

* A copy of the consulting agreement with Warner Construction Consultants, Inc. (WCCI) and details of WCCI's billings and supporting invoices.
* Detailed cost breakdown of LCM's in-house REA preparation costs of $8,03, and supporting timesheets and payroll records for labor charges, invoices for other costs, pool and base details of any indirect expense rates with supporting general ledger detail.

Subcontractor Claims: Any analysis USFIC and/or LCM did to determine that there is a reasonable basis for, and to verify the accuracy of, each of the subcontractors' claims.

Much of this is the type of information that we had expected to see when we asked for access to the external consultants' working papers to see the intermediate steps taken from the accounting records to the claim.
Unfortunately, as you indicated, those workpapers are no longer available so that requires additional effort on your part. As noted, we would like to have this level of support available for all of the claimed costs. We would also want to have enough data provided to address the items in our Request No. 1, many of which have not yet been addressed.

Review of this data would make up the preliminary audit field work.
There would likely be additional follow-up information requested based on the review of this data. Let me know if you have any questions.

Thank you.
Lori

-----Original Message-----

From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com <mailto:BDickstein@dbplawfirm.com> ]
Sent: Wednesday, February 27, 2008 11:50 AM
To: Mihalko, Lori, Ms, DCAA
Cc: Eley, Bondurant (CIV); Stephen Hopkins; Adam Fontana
Subject: RE: US Fire v. US (Montrose VA)

I spoke at length with Stephen Hopkins earlier this week and am now confused by your prior emails and our telephone conversation. That is, it is now my understanding that much of the DCAA's concern expressed during the audit was due to the fact that we had not produced the cancelled checks for all of the surety's costs that comprised the Request for Equitable Adjustment and now the Claim. When you and I spoke, however, it seemed to me that there were other sorts of documents (or "proofs") that the DCAA wanted the surety to produce and that I would gain an appreciation of the extent of the same after speaking with Mr. Hopkins and Adam Fontana of this firm who participated in the audit.
As you can see, such is not the case. At this point, due to our confusion, I would appreciate the DCAA reducing its observations and needs to a writing (an email, of course, is fine) and we will then respond appropriately.

Thank you for your cooperation and courtesies.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

---

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA [mailto:Lori.Mihalko@dcaa.mil <mailto:Lori.Mihalko@dcaa.mil> ]
Sent: Wednesday, February 27, 2008 10:10 AM
To: Bruce Dickstein
Cc: Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA)

Hi Bruce,

Please provide an update as to when you will have the supporting data organized and will be ready for another site visit to continue the audit.

Thank you.
Lori

-----Original Message-----
From: Mihalko, Lori, Ms, DCAA
Sent: Wednesday, February 20, 2008 12:00 PM
To: 'Bruce Dickstein'
Cc: Eley, Bondurant (CIV)
Subject: RE: US Fire v. US (Montrose VA)

Bruce,

It is my understanding that the copying is now complete, and that you can now organize the data in a manner that will document the basis of the claimed costs, as well as the supporting documentation for each amount. I would anticipate that you could do this fairly quickly, and that we should be able to schedule another site visit in the next week or two. My schedule is fairly open during that timeframe, other than 2/25. Please advise as to when you will be able to support the audit.

If you have any questions, give me a call.

Thank you.
Lori

-----Original Message-----
From: Bruce Dickstein [mailto:BDickstein@dbplawfirm.com <mailto:BDickstein@dbplawfirm.com> ]
Sent: Monday, February 04, 2008 3:18 PM
To: Eley, Bondurant (CIV)
Cc: Mihalko, Lori, Ms, DCAA
Subject: US Fire v. US (Montrose VA)

I left you a voicemail message earlier this morning indicating I would forward an email but thereafter got involved in another matter. I don't think that a good copying service would take all that long to copy the documents your consultants tagged so that we should probably have them sent out for copying now; the surety will gain access to the files as soon as the copying is completed so that we can thereafter turn our attention to responding to the DCAA's comments (conveyed to me by Ms.

Mihalko during our telephone conversation this morning).

Please send me an email that I can then forward to my secretary regarding the arrangements you've made for the copying. Of course, if you need our assistance in any regard, let me know.

Thank you for your assistance and cooperation.

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Telephone: (973) 514-1414
Telecopy: (973) 514-5959

Please note: The information contained in this e-mail message is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, do not read, copy, use or disclosed it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system. Thank you.

## Eley, Bondurant (CIV)

**From:** Eley, Bondurant (CIV)
**Sent:** Wednesday, March 05, 2008 4:28 PM
**To:** 'Bruce Dickstein'
**Subject:** RE: US Fire v. US (Montrose VA/Castle Abatement)

Thanks. I look forward to hearing from you soon.

---

**From:** Bruce Dickstein [mailto:BDickstein@dbplawfirm.com]
**Sent:** Wednesday, March 05, 2008 2:01 PM
**To:** Eley, Bondurant (CIV)
**Subject:** US Fire v. US (Montrose VA/Castle Abatement)

I am writing from outside the office and understand that you called this afternoon. I am in the middle of preparing for a trial and should be able to give you a call tomorrow or Friday. Thank you.

Bruce Dickstein