# EXHIBIT A

**U.S. Department of Justice**

Civil Division

JED:DEK:BELEY
D.J. No. 154-07-151

Tel. (202) 616-8254
Fax: (202) 514-8624

*Washington, D.C. 20530*

March 3, 2008

***Via Facsimile, Email and U.S. Mail***

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Florham Park, NJ 07932

Re: *United States Fire Insurance Co. v. United States*, No. 07-151

Dear Mr. Dickstein:

In the upcoming weeks I hope to depose Edward Black and Stephen Hopkins, as well as nine of the subcontractors whose claims United States Fire is passing through in the instant litigation. To that end, please advise me whether you will consent to my motion, pursuant to Rule 30(a)(2)(A), for leave of Court to take greater than ten depositions. I currently anticipate that the Government will take twelve depositions in this case, consisting of a deposition of your client's expert during expert discovery, and eleven fact depositions.

Please inform me whether you are authorized to accept service of a notice of deposition on behalf of the following eleven individuals and entities who are fact witnesses in this case: Mr. Hopkins, Mr. Black, S&L Plumbing and Heating, Blake Electric, Faigle Electric, Rockmore Contracting Corporation, Pramukh Glass, Pyramid Floor Covering, Chalgo Painting, and Arthur Lorenzon & Sons, Inc. If it is your position that the Government must obtain a subpoena for some or all of these witnesses, I would appreciate the courtesy of a quick response, so that I may arrange for service and allow the witnesses sufficient notice.

All of this being said, I have no conflicting commitments in the next three weeks, and am happy to work with you to find mutually agreeable times and locations for these depositions. Please let me know what is most convenient for you.

Very truly yours,

A. Bondurant Eley

A. Bondurant Eley
Trial Attorney