# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **UNITED STATES FIRE INSURANCE COMPANY,** | |
| **Plaintiff,** | **No. 07-151C** |
| **v.** | **Filed: March 11, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

As discussed with the parties, the court **SCHEDULES** a status conference for **Wednesday, March 12, 2008, 2:30 p.m. DST**, with the parties appearing by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414, and defendant's counsel at (202) 616-8254. The parties will be prepared to address defendant's recent filings, and any other pertinent matters.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**