IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-151<br><br>(Judge Horn) |

PLAINTIFF'S MOTION FOR LEAVE TO
CHANGE OF DESIGNATED LEAD COUNSEL

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, plaintiff United States Fire Insurance Company respectfully requests leave of Court to change its designated lead counsel from David Dreifuss, Esq., to Bruce Dickstein, Esq.

Rule 83.1(c)(4) provides that "[a] party other than the United States may by leave of court on motion change the party's attorney at any time." The Rule further provides that such motion for leave shall be accompanied by an "affidavit of appointment" and, if applicable, the consent of the previous attorney of record. Assuming that the consent of former counsel is obtained, the substitution "shall be accomplished by an appropriate entry on the docket by the clerk."

This Motion for Leave has been endorsed on the next page of this Notice by David C. Dreifuss, Esq., current lead counsel for plaintiff United States Fire Insurance Company, consenting to Bruce Dickstein, Esq., as lead counsel in this case. Messrs. Dreifuss and Dickstein are partners at the firm of Dreifuss, Bonacci & Parker, LLP, and both are admitted to practice before this Court.

Attached to this Motion for Leave is the "Affidavit of Appointment" of Bruce Dickstein, Esq., attesting to his appointment by plaintiff as lead counsel. Bruce Dickstein has a long-standing relationship with United States Fire Insurance Company and gained admission to the Bar of this Court following the filing of the complaint against the United States.

For the foregoing reasons, plaintiff respectfully requests that the Clerk of the Court make the appropriate entry on the docket noting the substitution of lead counsel as set forth above.

Respectfully submitted,

s/Bruce Dickstein
BRUCE DICKSTEIN
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
(973) 514-1414
Fax: (973) 514-5959

ENDORSEMENT:

I hereby consent to my withdrawal as lead counsel for plaintiff United States Fire Insurance Company and to the substitution of Bruce Dickstein in my stead.

s/David Dreifuss
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
(973) 514-1414
Fax: (973) 514-5959

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-151<br><br>(Judge Horn) |

AFFIDAVIT OF APPOINTMENT

BRUCE DICKSTEIN, of full age, states under penalties of perjury, as follows:

1. I am an attorney at law authorized to practice before this Court and a partner in the law firm of Dreifuss, Bonacci & Parker, LLP.

2. I have been authorized by plaintiff United States Fire Insurance Company to file this motion for leave to change its designated lead counsel in this matter and United States Fire Insurance Company, through its claims agent, has requested that I appear as lead counsel in the case. I was admitted to practice before this Court only after plaintiff's complaint was filed.

3. My partner, David Dreifuss, currently appears as lead counsel and he consents to my replacement as such.

s/Bruce Dickstein_
BRUCE DICKSTEIN

Dated: March 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March 2008, a copy of the foregoing "Plaintiff's Motion for Leave to Change of Designated Lead Counsel" was filed electronically. I understand that notice of this filing will be sent to all parties of operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bruce Dickstein