# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-151C**
**Filed: March 13, 2008**

## O R D E R

Plaintiff filed a March 11, 2008 motion for leave of the court to substitute the attorney of record. Plaintiff's motion is **GRANTED**. The clerk's office shall enter plaintiff's new attorney of record on the docket: Bruce Dickstein, Dreifuss, Bonacci & Parker, LLP, 26 Columbia Turnpike, North Entrance, Florham Park, New Jersey 07932, telephone (973) 514-1414, facsimile (973) 514-5959.

Defendant filed a March 7, 2008 motion for a status conference, which the court **GRANTED**. The court held a status conference in the above-captioned case on March 12, 2008, with the parties appearing by telephone. Defendant's March 7, 2008 motion for leave to take more than ten depositions was discussed at the conference, and **GRANTED** by the court. In light of the March 12, 2008 conference, the status conference previously scheduled for April 9, 2008, and the associated April 3, 2008 joint status report, are **CANCELLED**. Furthermore, as discussed with the parties at the conference, the court revises the schedule of this case. Fact discovery will close on or before **Friday, June 6, 2008**. Expert discovery will close on or before **Friday, July 18, 2008**. A status conference is scheduled for **Thursday, July 24, 2008, 10:30 a.m. DST**. Both parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414, and defendant's counsel at (202) 616-8254. No motions for summary judgment shall be filed before the court confers with the parties at the July 24, 2008 status conference about whether or not partial or full summary judgment will advance resolution of the case.

On or before **Friday, April 4, 2008**, and every three weeks thereafter, the parties shall consult, and file a joint status report reflecting their progress on the above schedule. The last joint status report in this series shall be filed on or before **Friday, July 18, 2008**, in preparation for the July 24, 2008 status conference, and shall reflect the close of discovery, and how the parties propose to proceed in this case, with milestones and dates.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**