IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-151 |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of March 13, 2008, plaintiff and defendant respectfully submit the following joint status report.

The audit of plaintiff's claim is currently scheduled to commence on April 7, 2008.

Since the status conference on March 12, defendant served subpoenas duces tecum upon Blake Electric, Faigle Electric, Chalgo Paint, S&L Plumbing and Heating, Rockmore Contracting, and Stephen Hopkins. Service of a seventh subpoena upon Edward Black was unsuccessful due to outdated contact information for Mr. Black. Plaintiff's counsel has since indicated that he will facilitate service of this subpoena, and identify by April 8, 2008, dates upon which Mr. Black is available. Depositions of S&L Plumbing and Heating, Chalgo Paint, and Blake Electric are currently scheduled to occur on April 15, 16, and 17, 2008, respectively, and the deposition of Faigle Electric is scheduled for May 1, 2008.

In light of the parties' agreement that any documents obtained from third parties in connection with the Government's subpoenas duces tecum will be made available to plaintiff's counsel three days in advance of any scheduled deposition, defendant has produced to plaintiff the documents received from Chalgo Paint, and is working with S&L Plumbing & Heating and

Faigle Electric to obtain their materials well in advance of their scheduled depositions. Counsel for Blake Electric has advised defendant's counsel that Blake is not in possession of any relevant documents.

The parties agree to proceed with discovery according to the following schedule:

| | |
|---|---|
| **April 7-8, 2008** | DCAA auditor entrance conference with US Fire |
| **April 8, 2008** | US Fire to provide alternate deposition dates for Stephen Hopkins and Edward Black |
| | Defendant to provide deposition dates in May for Daniel Hegarty, Archie Mosley and Jonathan Walsh |
| **April 9, 2008** | Plaintiff to review defendant's production (tentative) |
| **April 10, 2008** | Defendant to produce privilege log |
| **April 11, 2008** | US Fire to produce privilege log, and non-privileged documents identified in defendant's letter of February 27, 2008 |
| **April 15, 2008** | 30(b)(6) Deposition of S&L Plumbing and Heating |
| **April 16, 2008** | 30(b)(6) Deposition of Chalgo Paint |
| **April 17, 2008** | 30(b)(6) Deposition of Blake Electric |
| **April 25, 2008** | US Fire to respond to Defendant's Initial Interrogatories |
| **May 1, 2008** | 30(b)(6) Deposition of Faigle Electric |
| **May Depositions** | Daniel Hegarty, Jonathan Walsh, Archie Mosley, Clarissa Harley, Joanna Koven, Stephen Hopkins, Edward Black, US Fire |
| **May 28, 2008** | Deposition of Ting & Li Architects (tentative) |

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

BRUCE DICKSTEIN
DREIFUSS, BONACCI &
PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, N.J. 07932
Tel: (973) 514-1414
Fax: (973) 514-5959

Attorney for Plaintiff

April 4, 2008

CERTIFICATE OF FILING

I hereby certify that on this 4th day of April 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley