IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-151 |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of March 13, 2008, plaintiff and defendant respectfully submit the following joint status report.

The entrance conference for the audit of plaintiff's claim began as scheduled on April 7, 2008. The auditor continues to make followup visits to plaintiff's counsel's offices to further the audit of the claim.

Since the parties' submission of their April 4, 2008, status report, the plaintiff has provided defendant with the files of Wolff & Samson, and with a CD of documents, both of which were identified as missing from plaintiff's production in defendant's letter of February 27, 2008. Plaintiff has advised defendant that additional requested items will be forthcoming. For its part, the Government has deposed S&L Plumbing and Heating, Chalgo Paint, and Blake Electric. In addition to the foregoing, the parties have exchanged privilege logs, and have negotiated an expected deposition schedule for all remaining fact witnesses, with the exception of Edward Black, who has yet to provide plaintiff's counsel with dates of availability, and with the exception of Jonathan Walsh, whose circumstances are discussed in detail below.

Jonathan Walsh is a former employee of the Department of Veterans Affairs who served as the Contracting Officer's Technical Representative for several years on the project that is at issue in this litigation. Defendant has attempted to contact Mr. Walsh on several occasions in order to obtain his voluntary cooperation in this matter. We have been unsuccessful in reaching him, and reasonably believe that Mr. Walsh will appear for deposition only if subpoenaed. Plaintiff has sought the contact information for Mr. Walsh. Defendant has no desire to obstruct Mr. Walsh's deposition, but, in accordance with the Privacy Act, may only disclose the information that plaintiff requests "pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(11). Accordingly, the parties are in need of, and respectfully request, a Court order authorizing defendant to release Ms. Walsh's last known address and telephone number to plaintiff, so that plaintiff may subpoena Mr. Walsh. Plaintiff and defendant agree that Mr. Walsh should be deposed on or about May 19, 2008.

The parties agree to proceed with discovery according to the following schedule:

| | |
|---|---|
| **April 25, 2008** | US Fire to respond to Defendant's Initial Interrogatories |
| **April 30, 2008** | 30(b)(6) Deposition of Rockmore Contracting |
| **May 1, 2008** | 30(b)(6) Deposition of Faigle Electric |
| **May 13, 2008** | Deposition of Archie Mosley (tentative) |
| **May 15, 2008** | Deposition of Dan Hegarty |
| **May 19, 2008** | Deposition of Jonathan Walsh (plaintiff to issue subpoena) |
| **May 27, 2008** | Depositions of either Stephen Hopkins or of Karen Diehl and Joanna Koven (tentative) |
| **May 28, 2008** | Deposition of Ting & Li Architects (plaintiff to issue subpoena) |
| **May 30, 2008** | Deposition of Clarissa Harley (tentative) |

| | |
|---|---|
| **June 3, 2008** | Depositions of either Stephen Hopkins and 30(b)(6) of US Fire or of Karen Diehl and Joanna Koven (tentative) |

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Bruce Dickstein
BRUCE DICKSTEIN
DREIFUSS, BONACCI &
PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, N.J. 07932
Tel: (973) 514-1414
Fax: (973) 514-5959

Attorney for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

April 25, 2008

CERTIFICATE OF FILING

I hereby certify that on this 25th day of April 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley