IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-151 |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR A PRIVACY ACT PROTECTIVE ORDER**

The parties hereby jointly move, through their undersigned counsel, for a Privacy Act Protective Order, pursuant to 5 U.S.C. § 552a(b)(11), to permit the defendant to release to plaintiff's counsel certain information contained in records protected from disclosure under the Privacy Act.

Plaintiff had previously advised defendant that it wished to take the deposition of, among others, Jonathan Walsh, the Contracting Officer's Technical Representative of the project that is at issue in this litigation. Defendant sought to contact Mr. Walsh but has been unable to do so. At defendant's request, plaintiff thereafter served discovery upon the defendant requesting Jonathan Walsh's last known address and telephone number, so that plaintiff could, upon obtaining that information, subpoena Mr. Walsh for deposition. The parties agree that Mr. Walsh is in possession of information that is relevant to this case, and that his deposition is necessary to advance discovery. Defendant advises plaintiff that Mr. Walsh's last known address and telephone number is information that is contained in Government records subject to the Privacy Act. The Privacy Act permits the defendant to produce such records and information derived from such records pursuant to a Court order. See 5 U.S.C. § 522a(b)(11).

Accordingly, the parties respectfully request that the Court adopt the attached Privacy Act Protective Order and Acknowledgment of Privacy Act Protective Order, and authorize defendant to release Mr. Walsh's last known address and telephone number to plaintiff's counsel.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Bruce Dickstein
BRUCE DICKSTEIN
DREIFUSS, BONACCI &
PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, N.J. 07932
Tel: (973) 514-1414
Fax: (973) 514-5959

Attorney for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

May 5, 2008

.

CERTIFICATE OF FILING

I hereby certify that on this 7th day of May 2008, a copy of the foregoing "JOINT MOTION FOR A PRIVACY ACT PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley