IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-151 |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of March 13, 2008, plaintiff and defendant respectfully submit the following joint status report.

Since the parties' submission of their April 25, 2008, status report, defendant has deposed Rockmore Contracting and Faigle Electric, and has served additional interrogatories upon plaintiff. Defendant has produced additional responsive emails to the plaintiff, and has also responded to plaintiff's second set of interrogatories with the last known address and telephone number for Jonathan Walsh. Plaintiff has continued to cooperate with the audit of its claim, has subpoenaed the architect on the project at issue, and has engaged a process server to effect service of a subpoena upon Mr. Walsh.

Plaintiff currently anticipates seeking a two-week extension of time to accommodate the uncertainties of deposition scheduling with respect to Edward Black and Jonathan Walsh, and to allow it to produce to defendant recently discovered materials that it believes may be emails responsive to defendant's document requests. Absent extenuating circumstances or leave of Court to extend the discovery deadline, however, the parties currently propose to complete discovery according to the following schedule:

| | |
|---|---|
| **May 21, 2008** | Deposition of Archie Mosley |
| **May 27, 2008** | Deposition of Stephen Hopkins |
| **May 28, 2008** | Deposition of Ting & Li Architects |
| **May 30, 2008** | Deposition of Clarissa Harley |
| **Week of June 2** | Depositions of Edward Black, United States Fire and Dan Hegarty |
| **June 3, 2008** | Depositions of Karen Diehl and Joanna Koven |
| **June 5, 2008** | Target date for Jonathan Walsh deposition |
| **June 6, 2008** | Deposition of Dan Hegarty (tentative) |

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E, Kinner
DONALD E. KINNER
Assistant Director

s/ Bruce Dickstein
BRUCE DICKSTEIN
DREIFUSS, BONACCI &
PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, N.J. 07932
Tel: (973) 514-1414
Fax: (973) 514-5959

Attorney for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

May 16, 2008

CERTIFICATE OF FILING

I hereby certify that on this 16th day of May 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley