# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-151C**
**Filed: May 19, 2008**

## O R D E R

The court is in receipt of the plaintiff's May 19, 2008, unopposed, motion for an enlargement of time of 14 days, to and including June 20, 2008, within which to conclude fact discovery. Plaintiff's motion is **GRANTED**. Fact discovery will close on or before **Friday, June 20, 2008**. Expert discovery will close on or before **Friday, August 1, 2008**. As a result of this enlargement of time, the status conference previously scheduled for July 24, 2008, is **RESCHEDULED** for **Thursday, August 7, 2008, 10:30 a.m. EDT**. Both parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414, and defendant's counsel at (202) 616-8254. No motions for summary judgment shall be filed before the court confers with the parties at the August 7, 2008 status conference about whether or not partial or full summary judgment will advance resolution of the case. The periodic joint status reports shall cease. On or before **Friday, August 1, 2008**, the parties shall consult, and file a joint status report reflecting their progress on the above schedule.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**