IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-151 |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINE**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), the parties hereby jointly move, through their undersigned counsel, for an enlargement of time of fifty-seven days, to and including October 3, 2008, in which to complete expert discovery in this case. Expert discovery is currently scheduled to close on August 7, 2008.

The parties respectfully state that there is good cause to extend the expert discovery deadline. The parties intend to engage in settlement negotiations in this matter during the week of July 21, 2008 in the hopes of obviating altogether a need for expert discovery and continued litigation in this case. In the interest of facilitating the planned settlement discussions, the Government has provided to plaintiff's counsel a draft expert report outlining the Government's position in this matter. If settlement negotiations are unsuccessful, the Government intends to provide plaintiff with a final version of its report no later than July 31, 2008. After that point, additional time will be necessary in order for plaintiff to generate a formal rebuttal report, and for the parties to engage in depositions. An extension of time until October 3, as opposed to some shorter period, is sought due to a two-week trial that will significantly affect plaintiff's counsel's schedule during the month of September.

For the foregoing reasons, the parties respectfully request an extension of time of fifty-seven days, to and including October 3, 2008, in which to complete expert discovery.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Bruce Dickstein
BRUCE DICKSTEIN
DREIFUSS, BONACCI &
PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, N.J. 07932
Tel: (973) 514-1414
Fax: (973) 514-5959

Attorney for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

July 14, 2008

.

CERTIFICATE OF FILING

I hereby certify that on this 14th day of July 2008, a copy of the foregoing "JOINT MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley