# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * <br> **UNITED STATES FIRE INSURANCE COMPANY,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES,** <br> **Defendant.** <br> * * * * * * * * * * * * * * * * * * | **No. 07-151C** <br> **Filed: July 16, 2008** |

**O R D E R**

The court is in receipt of the parties' July 14, 2008, joint motion for an enlargement of time of 57 days, to and including October 3, 2008, within such time to complete expert discovery. It also is anticipated that the parties will engage in settlement discussions during this period, which the court encourages. This joint motion is hereby **GRANTED**. Expert discovery will close on or before **Friday, October 3, 2008**. As a result of this enlargement of time, the status conference previously scheduled for August 7, 2008, is **RESCHEDULED** for **Wednesday, October 15, 2008, 10:30 a.m. EDT**. Both parties may appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414, and defendant's counsel at (202) 616-8254. No motions for summary judgment shall be filed before the court confers with the parties at the October 15, 2008 status conference about whether or not partial or full summary judgment will advance resolution of the case. On or before **Friday, October 3, 2008**, the parties shall consult, and file a joint status report reflecting their progress on the above schedule.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**