# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 07-151C**
**Filed: August 19, 2008**

## O R D E R

The court is in receipt of an August 18, 2008 Joint Status Report in the above-captioned case, requesting that expert discovery, currently scheduled to close by October 3, 2008, be suspended to facilitate settlement. The court commends the parties for their settlement efforts. Given the settlement progress, expert discovery is suspended, as requested. On or before **Tuesday, September 2, 2008**, and biweekly thereafter, defendant shall file a status report, without numbers, indicating settlement progress. The previously scheduled October 3, 2008 joint status report is cancelled. The status conference set for **Wednesday, October 15, 2008, 10:30 a.m. EDT**, shall remain on the calendar since it is already scheduled, but the court anticipates settlement of the case before the time for the conference such that the conference will not be needed. If the conference is nevertheless held, both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (973) 514-1414, and defendant's counsel at (202) 616-8254. The conference can only be cancelled by the court, and will only be cancelled if the parties have submitted a joint stipulation of dismissal based on a settlement agreement.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**