IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIRE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-151 |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT CONCERNING SETTLMENT DISCUSSIONS**

Plaintiff United States Fire Insurance Company ("US Fire") makes the within submission in connection with the parties' ongoing settlement discussions as required by this Court's prior Order.

US Fire's undersigned counsel made several inquiries last week of counsel for the United States and eventually received last Friday afternoon the letter attached hereto as Exhibit A in response.

For its part, plaintiff United States Fire Insurance Company ("US Fire") wishes to advise the Court of its frustration concerning settlement in two respects. First, US Fire submits that this is a case that the Government should be encouraged to settle. Indeed, the Government's own expert report shows that the construction project was delayed *1,065 days* beyond the scheduled completion date following US Fire's agreement to takeover the project (the original contract term following US Fire's takeover following the bond principal's default was about *350 days only*) and *that US Fire was not responsible for a single day of the 1,065-day delay* (that is, that each of the 1,065 days of delay was either the fault of the Government alone or the result of a concurrent delay). US Fire vigorously disputes the Government's analysis in many respects but

the Government's failure to properly administer the construction project is glaring and makes this case one that should be settled in the Government's own best interests.[1]

Second, the Government provided a draft of its expert report the third week of July 2008 for the purposes of facilitating settlement discussions, very detailed and substantive settlement discussions lasting close to eight hours took place the following week in Washington, D.C., and US Fire advised the Government's counsel on August 1, 2008 that it would accept a settlement payment from the Government in the amount being recommenced to the Government by counsel should it be offered. US Fire respectfully submits that the factual record and legal issues are not so complicated or unique as to permit the Government's internal deliberations to continue for weeks and for the Government to now advise this Court that there is still no end in sight with regard to it being able to articulate its settlement position.

US Fire prefers that this case be brought to an amicable resolution by way of a settlement. Toward that end, we request that the Court convene a conference if this case has not been resolved during the next 15 days when the Court can inquire as to why the case, if appropriate, has not settled and perhaps use its office to consummate a settlement.

Respectfully submitted,

_________/s/____________

BRUCE DICKSTEIN
DREIFUSS, BONACCI & PARKER, LLP
26 Columbia Turnpike, North Entrance
Florham Park, New Jersey 07932
Tel: (973) 514-1414

[1] US Fire agrees that it is required to document its damage claim and that there is "room for disagreement" as concerns the merits of this case. That said, US Fire contends that the Government's conduct on the project cannot be justified and that the Government's own experts concur in substantial measure.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2008, a copy of the foregoing "Plaintiff's Status Report Concerning Settlement Discussions" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bruce Dickstein

# EXHIBIT A

U.S. Department of Justice

Civil Division

Tel. (202) 616-8254
Fax: (202) 514-8624

Washington, D.C. 20530

JED:DEK:BELEY
D.J. No. 154-07-151

August 29, 2008

***Via Email***

Bruce Dickstein, Esq.
Dreifuss, Bonacci & Parker, LLP
26 Columbia Turnpike
Florham Park, NJ 07932

Re: *United States Fire Insurance Co. v. United States*, No. 07-151

Dear Mr. Dickstein:

I write in response to your email of today. As I will inform the Court on Tuesday, I have made my settlement recommendation to my first line supervisor. Because of the nature of the proposed settlement and the multiplicity of the issues presented by this case, several additional rounds of internal review will still be necessary, to and including that of the authorized representative of the Attorney General, before a settlement can be finalized. Moreover, we anticipate further discussions regarding aspects of the proposed settlement with the Department of Veterans Affairs.

I can make no warranty as to how long the foregoing process will take to complete.

Very truly yours,

A. Bondurant Eley
A. Bondurant Eley
Trial Attorney