# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**UNITED STATES FIRE INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-151C**
**Filed: September 3, 2008**

## O R D E R

The court held a status conference in the above-captioned case on September 3, 2008, to address the parties' September 2, 2008 individual status reports regarding their settlement progress. The parties are commended for their settlement efforts to date. As discussed at the conference, on or before **Wednesday, September 24, 2008**, and biweekly thereafter, defendant shall file status reports reflecting settlement progress, without numbers, but with specific milestones and an estimated time line. The court will schedule another status conference, as necessary, depending on the content of the status reports.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**